UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| DAVID BROWN CAUDLE, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:19-cv-00407 |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |
| AAC HOLDINGS, INC., et al., | LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE COMPLAINT |
| Defendants. | |

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Lead Plaintiff Indiana Public Retirement System hereby moves for leave to supplement the operative Consolidated Complaint for Violations of the Securities Exchange Act of 1934 (the "Complaint") to add allegations regarding events that occurred following its filing.

Federal Rule of Civil Procedure 15(d) provides in part:

> On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented.

Fed. R. Civ. P. 15(d). "The purpose of subdivision (d) is to promote as complete an adjudication of the dispute between the parties as is possible." 6A Charles A. Wright *et al.*, *Federal Practice & Procedure* §1504 (3d ed. 1998).

"Whether to permit a party to supplement its pleading is at the discretion of the district court." *Franklin Publ'ns, Inc. v. Gen. Nutrition Corp.*, No. 2:05-cv-1061, 2007 WL 9725253, at *2 (S.D. Ohio Aug. 28, 2007) (citing *Spies v. Voinovich*, 48 F. App'x 520, 527 (6th Cir. 2002)). This discretion is subject to "the same standard of review and rationale" as motions for leave to amend. *Spies*, 48 F. App'x at 527. Thus, just as "Rule 15 sets a liberal policy in favor of permitting parties to amend their pleadings," *Mattox v. Edelman*, 851 F.3d 583, 592 (6th Cir. 2017), "[i]n the absence of undue delay or prejudice, a district court should freely grant motions to supplement pleadings." *Franklin Publ'ns*, 2007 WL 9725253, at *2.

After Lead Plaintiff filed the Complaint on November 4, 2019, the SEC publicly released a series of letters between the SEC's Division of Corporation Finance and AAC regarding AAC's restatement and financial filings that are relevant to the Complaint's allegations. *See* Attachment A ([Proposed] Supplement to Consolidated Complaint for Violations of the Securities Exchange Act of 1934).

- 1 -

Defendants have not yet responded to the Complaint. Lead Plaintiff's counsel has conferred with Defendants' counsel concerning this motion, and Defendants' counsel has confirmed that Defendants do not oppose the Motion so long as the schedule for their response to the Complaint is modified as provided in the enclosed proposed order to allow them to consider the supplemental allegations.

For all these reasons, Lead Plaintiff respectfully requests that the Court grant Lead Plaintiff leave to supplement the Complaint and modify the schedule for Defendants' response to the Complaint and briefing on any motion to dismiss as set forth in the proposed order filed herewith.

DATED: January 13, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

s/ CHRISTOPHER M. WOOD

CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

BARRETT JOHNSTON MARTIN
& GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Local Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 13, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
     & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 800/449-4900
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:19-cv-00407 Caudle v. AAC Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Lisa R. Bugni**
  lbugni@kslaw.com

- **Jessica Perry Corley**
  jpcorley@kslaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Michael T. Harmon**
  michael.harmon@wallerlaw.com,TAPDocketingClerk-Nash@wallerlaw.com,shelli.dimarco@wallerlaw.com

- **Logan R. Hobson**
  lhobson@kslaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jonathan Lindenfeld**
  jlindenfeld@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,crosini@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,eseaborn@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjohnston.com

- **W. Travis Parham**
  travis.parham@wallerlaw.com,TAPDocketingClerk-Nash@wallerlaw.com,shelli.dimarco@wallerlaw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,cbarrett@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

https://ecf.tnmd.uscourts.gov/cgi-bin/MailList.pl?447143972689243-L_1_0-1                                                     1/1