UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID BROWN CAUDLE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>     vs.<br><br>AAC HOLDINGS, INC., et al.,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:19-cv-00407<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE COMPLAINT |

4821-9305-0289 v1

WHEREAS, on January 13, 2020, Lead Plaintiff Indiana Public Retirement System filed an Unopposed Motion for Leave to Supplement the Complaint (the "Motion");

WHEREAS, Defendants do not oppose the Motion; and

WHEREAS, the Court has considered the Motion and found good cause therefor,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED;

2. Lead Plaintiff shall promptly file the Supplement to Consolidated Complaint for Violations of the Securities Exchange Act of 1934 (the "Supplemental Complaint") as a separate docket entry;

3. Defendants' response to the Consolidated Complaint for Violations of the Securities Exchange Act of 1934 and the Supplemental Complaint will be due February 12, 2020;

4. If Defendants move to dismiss, Lead Plaintiff's opposition to Defendants' motion to dismiss will be due on April 10, 2020; and

5. If Defendants move to dismiss, Defendants' reply to Lead Plaintiff's opposition will be due on May 12, 2020.

IT IS SO ORDERED.

DATED: _____      _____

THE HONORABLE ALISTAIR E. NEWBERN
UNITED STATES DISTRICT JUDGE

- 1 -

DATED:  January 13, 2020

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853


s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com

Lead Counsel for Lead Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Local Counsel