# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID BROWN CAUDLE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:19-cv-00407 |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |
| AAC HOLDINGS, INC., et al., | ) ) ) | ORDER GRANTING LEAD PLAINTIFF'S<br>UNOPPOSED MOTION FOR LEAVE TO |
| Defendants. | ) ) ) | SUPPLEMENT THE COMPLAINT |

WHEREAS, on January 13, 2020, Lead Plaintiff Indiana Public Retirement System filed an Unopposed Motion for Leave to Supplement the Complaint (the "Motion");

WHEREAS, Defendants do not oppose the Motion; and

WHEREAS, the Court has considered the Motion and found good cause therefor,

IT IS HEREBY ORDERED as follows:

1.      The Motion is GRANTED;

2.      Lead Plaintiff shall promptly file the Supplement to Consolidated Complaint for Violations of the Securities Exchange Act of 1934 (the "Supplemental Complaint") as a separate docket entry;

3.      Defendants' response to the Consolidated Complaint for Violations of the Securities Exchange Act of 1934 and the Supplemental Complaint will be due February 12, 2020;

4.      If Defendants move to dismiss, Lead Plaintiff's opposition to Defendants' motion to dismiss will be due on April 10, 2020; and

5.      If Defendants move to dismiss, Defendants' reply to Lead Plaintiff's opposition will be due on May 12, 2020.

IT IS SO ORDERED.

DATED: _____January 13, 2020_____          _____
                                                THE HONORABLE ALISTAIR E. NEWBERN
                                                UNITED STATES MAGISTRATE JUDGE

- 1 -