UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| DAVID BROWN CAUDLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AAC HOLDINGS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:19-cv-00407<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern<br><br>ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED SECOND MOTION FOR LEAVE TO SUPPLEMENT THE COMPLAINT |

WHEREAS, on January 28, 2020, Lead Plaintiff Indiana Public Retirement System filed an Unopposed Second Motion for Leave to Supplement the Complaint (the "Motion");

WHEREAS, Defendants do not oppose the Motion; and

WHEREAS, the Court has considered the Motion and found good cause therefor,

IT IS HEREBY ORDERED as follows:

1.     The Motion is GRANTED; and

2.     Lead Plaintiff shall promptly file the Second Supplement to Consolidated Complaint for Violations of the Securities Exchange Act of 1934 (the "Supplemental Complaint") as a separate docket entry.

IT IS SO ORDERED.

DATED:   February 5, 2020                                  

THE HONORABLE ALISTAIR E. NEWBERN
UNITED STATES DISTRICT JUDGE

DATED: February 5, 2020

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853


          s/ CHRISTOPHER M. WOOD
            CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com


ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com

Lead Counsel for Indiana Public Retirement
System

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Local Counsel

- 2 -