| | |
|---|---|
| DAVID BROWN CAUDLE, Individually and on Behalf of All Others Similarly Situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AAC HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 3:19-cv-00407 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## <u>ORDER</u>

The Court's prior order inadvertently stated that any response to the Defendants' motion to dismiss (Doc. No. 52) is due within 14 days after service of that motion. (Doc. No. 54.) Pursuant to the Court's January 13, 2020 order, Lead Plaintiff's opposition to the Defendants' motion to dismiss is due on April 10, 2020. (Doc. No. 47.)

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge