**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br> v. <br><br> AAC HOLDINGS, INC., MICHAEL T. CARTWRIGHT, KIRK R. MANZ, and ANDREW W. MCWILLIAMS, <br><br>     Defendants. | Civil Action No. 3:19-cv-00407 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

**SUGGESTION OF BANKRUPTCY**

COMES NOW, Defendant AAC Holdings, Inc. ("AAC") and informs the Court of the bankruptcy cases filed by AAC and its 48 affiliates under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). These chapter 11 cases are pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and jointly administered under Case No. 20-11648 (JTD) (the "Lead Bankruptcy Case"). These bankruptcy cases were commenced on June 20, 2020.

AAC suggests to the Court that the automatic stay under section 362 of the Bankruptcy Code prohibits continuation of proceedings affecting the interests of the bankruptcy estates without prior approval of the Bankruptcy Court. A list of the debtors and the bankruptcy cases is attached hereto as **Exhibit A**. A copy of the docket for the Lead Bankruptcy Case is attached hereto as **Exhibit B**.

4828-4967-1361

1

Respectfully submitted,

s/ W. Travis Parham
W. Travis Parham (TN BPR #16846)
Michael T. Harmon (TN BPR # 27279)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 244-6380
travis.parham@wallerlaw.com
michael.harmon@wallerlaw.com

Jessica P. Corley (*pro hac vice*)
Lisa R. Bugni (*pro hac vice*)
Logan R. Hobson (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
jpcorley@kslaw.com
lbugni@kslaw.com
lhobson@kslaw.com

*Counsel for Defendants*

4828-4967-1361

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 26, 2020, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to the following attorneys of record:

Christopher M. Wood
Christopher H. Lyons
ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
cwood@rgrdlaw.com
lyons@rgrdlaw.com

Darren J. Robbins
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com

*Lead Counsel for Lead Plaintiff Indiana Public*
*Retirement System and the members of the Putative Class*

Jerry E. Martin
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

*Local Counsel for Lead Plaintiff Indiana Public*
*Retirement System and the members of the Putative Class*

s/ W. Travis Parham

4828-4967-1361

3