# EXHIBIT A

## List of Debtors and Case Numbers by Debtors

**Lead Case:** *In re AAC Holdings, Inc., et al.*, Case No. 20-11648 (JTD),
**United States Bankruptcy Court for the District of Delaware**

| Debtor Name | Case Number |
|---|---|
| AAC Dallas Outpatient Center, LLC | 20-11616 |
| AAC Healthcare Network, Inc. | 20-11647 |
| AAC Holdings, Inc. | 20-11648 |
| AAC Las Vegas Outpatient Center, LLC | 20-11614 |
| ABTTC, LLC | 20-11612 |
| AdCare Criminal Justice Services, Inc. | 20-11642 |
| AdCare Hospital of Worcester, Inc. | 20-11640 |
| AdCare Rhode Island, Inc. | 20-11638 |
| AdCare, Inc. | 20-11643 |
| Addiction Labs of America, LLC | 20-11646 |
| American Addiction Centers, Inc. | 20-11635 |
| B&B Holdings Intl LLC | 20-11622 |
| Behavioral Healthcare Realty, LLC | 20-11629 |
| BHR Aliso Viejo Real Estate, LLC | 20-11628 |
| BHR Greenhouse Real Estate, LLC | 20-11626 |
| BHR Oxford Real Estate, LLC | 20-11624 |
| BHR Ringwood Real Estate, LLC | 20-11627 |
| Clinical Revenue Management Services, LLC | 20-11630 |
| Concorde Real Estate, LLC | 20-11625 |
| Concorde Treatment Center, LLC | 20-11610 |

| | |
|---|---|
| Diversified Healthcare Strategies, Inc. | 20-11641 |
| FitRX, LLC | 20-11607 |
| Forterus Health Care Services, Inc. | 20-11617 |
| Grand Prairie Professional Group, P.A. | 20-11650 |
| Green Hill Realty Corporation | 20-11639 |
| Greenhouse Treatment Center, LLC | 20-11615 |
| Laguna Treatment Hospital, LLC | 20-11613 |
| Las Vegas Professional Group - Calarco, P.C. | 20-11654 |
| Lincoln Catharine Realty Corporation | 20-11637 |
| New Jersey Addiction Treatment Center, LLC | 20-11611 |
| Oxford Outpatient Center, LLC | 20-11609 |
| Oxford Professional Group, P.C. | 20-11653 |
| Oxford Treatment Center, LLC | 20-11608 |
| Palm Beach Professional Group, Professional Corporation | 20-11651 |
| Pontchartrain Medical Group, A Professional Corporation | 20-11652 |
| Recovery Brands, LLC | 20-11631 |
| Recovery First of Florida, LLC | 20-11606 |
| Referral Solutions Group, LLC | 20-11632 |
| RI - Clinical Services, LLC | 20-11645 |
| River Oaks Treatment Center, LLC | 20-11620 |
| Sagenex Diagnostics Laboratory, LLC | 20-11644 |
| San Diego Addiction Treatment Center, Inc. | 20-11619 |
| San Diego Professional Group, P.C. | 20-11649 |
| Singer Island Recovery Center LLC | 20-11621 |

| | |
|---|---|
| Sober Media Group, LLC | 20-11634 |
| Solutions Treatment Center, LLC | 20-11618 |
| TAJ Media LLC | 20-11633 |
| The Academy Real Estate, LLC | 20-11623 |
| Tower Hill Realty, Inc. | 20-11636 |

3