# EXHIBIT B

**U.S. Bankruptcy Court**
**District of Delaware (Delaware)**
**Bankruptcy Petition #: 20-11648-JTD**

*Date filed:* 06/20/2020

*Assigned to:* John T. Dorsey
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor*** | represented by **Alison Elko Franklin** |
| **AAC Holdings, Inc.** | Greenberg Traurig, LLP |
| 200 Powell Place | 3333 Piedmont Road NE, Suite |
| Brentwood, TN 37027 | 2500 |
| WILLIAMSON-TN | Atlanta, GA 30305 |
| Tax ID / EIN: 35-2496142 | 678-553-2100 |
| | Email: franklinae@gtlaw.com |

**David Bruce Kurzweil**
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Terminus 200, Suite 2500
Atlanta, GA 30305
678-553-2100
Fax : 678-553-2212
Email: kurzweild@gtlaw.com

**Dennis Meloro**
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
302-661-7000
Fax : 302-661-7360
Email: melorod@gtlaw.com

**Dennis A. Meloro**
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
302-661-7000
Fax : 302-661-7360
Email: melorod@gtlaw.com

**Nancy Ann Peterman**
Greenberg Traurig, LLP

77 West Wacker Drive
Suite 3100
Chicago, IL 60601
312-456-8410
Fax : 312-899-0341
Email: petermann@gtlaw.com

**Matthew Allen Petrie**
Greenberg Traurig, LLP
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
678-553-2100
Email: petriem@gtlaw.com

*U.S. Trustee*
**U.S. Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(302)-573-6491

represented by **Rosa Sierra**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491 x6492
Fax : 302-573-6497
Email: rosa.sierra@usdoj.gov

*Claims Agent*
**Donlin, Recano & Company, Inc.**
www.donlinrecano.com
6201 15th Avenue
Brooklyn, NY 11219
212-481-1411

*Transcriber*
**Reliable Companies**
Attn: Gene Matthews
1007 North Orange Street
Suite 110
Wilmington, DE 19801
302-654-8080

| Filing Date | # | Docket Text |
|---|---|---|
| 06/20/2020 | 1<br>(20 pgs) | Chapter 11 Voluntary Petition . Fee Amount $1717. Filed by AAC Holdings, Inc.. Appointment of health care ombudsman due by 07/20/2020 (Meloro, Dennis) (Entered: 06/20/2020) |
| 06/20/2020 | | Judge John T. Dorsey added to case (BA) (Entered: 06/20/2020) |
| 06/21/2020 | 2<br>(36 pgs; 2 docs) | Motion for Joint Administration *Motion of the Debtors for Entry of an Order Authorizing and Directing the Joint* |

Case 3:19-cv-00407    Document 60-2    Filed 06/26/20    Page 3 of 14 PageID #: 1195

| | | |
|---|---|---|
| | | *Administration of the Debtors' Chapter 11 Cases for Procedural Purposes Only* Filed By AAC Holdings, Inc. (Attachments: # 1 Exhibit A - Proposed Form of Order) (Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 3 (58 pgs; 2 docs) | Affidavit/Declaration in Support of First Day Motion *Declaration of J. Jette Campbell, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Pleadings* Filed By AAC Holdings, Inc. (Attachments: # 1 Exhibit A - Corporate Organizational Structure)(Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | | Attorney Rosa Sierra and Rosa Sierra for U.S. Trustee added to case Filed by U.S. Trustee. (Sierra, Rosa) (Entered: 06/21/2020) |
| 06/21/2020 | 4 (250 pgs; 5 docs) | Motion to Approve Debtor In Possession Financing Filed By AAC Holdings, Inc. (Attachments: # 1 Exhibit A - Proposed Interim Order # 2 Exhibit B - Declaration of Charles Edelman # 3 Exhibit [Redacted] C - Fee Letter # 4 Exhibit D - Summary of Approved Budget)(Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 5 (12 pgs; 2 docs) | Motion to File Under Seal*Motion of the Debtors' for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Portions of the Fee Letter Related to the DIP Facility* Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit A - Proposed Order) (Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 6 (19 pgs; 2 docs) | Motion to Authorize *Motion of the Debtors for Entry of an Order (I) Waiving the Requirement to File Equity Lists and Providing the Manner for Giving Notice to Equity Security Holders, (II) Authorizing the Debtors to File (A) a Consolidated Master List of Creditors and (B) a Consolidated List of the Debtors' 30 Largest General Unsecured Creditors, and (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information for Individual Creditors and Parties in Interest* Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit A - Proposed Order) (Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 7 (40 pgs; 4 docs) | Application to Appoint Claims/Noticing Agent DONLIN, RECANO & CO., INC. Filed By AAC Holdings, Inc. (Attachments: # 1 Exhibit A - Engagement Agreement # 2 Exhibit B - Voorhies Declaration # 3 Exhibit C - Proposed Order)(Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 8 (14 pgs; 2 docs) | Motion to Authorize *Motion of the Debtors for Entry of an Order Authorizing Implementation of Procedures to Maintain and Protect Confidential Client Information* Filed by AAC |

| | | Holdings, Inc.. (Attachments: # 1 Exhibit A - Proposed Order) (Meloro, Dennis) (Entered: 06/21/2020) |
|---|---|---|
| 06/21/2020 | 9 (51 pgs; 4 docs) | Motion Prohibiting Utilities from Discontinuing Service *Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment* Filed By AAC Holdings, Inc. (Attachments: # 1 Exhibit A - Utility Provider List # 2 Exhibit B - Proposed Interim Order # 3 Exhibit C - Proposed Final Order)(Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 10 (27 pgs; 3 docs) | Motion to Authorize *Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain, Administer, and Modify the Client Refund Program and the Brand Promise Program and (II) Honor Obligations Related Thereto* Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit A - Proposed Interim Order # 2 Exhibit B - Proposed Final Order) (Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 11 (35 pgs; 5 docs) | Motion to Authorize *Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain Existing Insurance Policies, Pay All Policy Premiums Arising Thereunder, and Renew Such Policies, (II) Continue Insurance Premium Financing Program, Pay Insurance Premium Financing Obligations Arising in Connection Therewith, and Renew Such Premium Financing Arrangements, and (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto* Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit A - List of Insurance Policies # 2 Exhibit B - Proposed Interim Order # 3 Exhibit C - Proposed Final Order # 4 Exhibit D - PFA) (Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 12 (25 pgs; 4 docs) | Motion to Pay Sales and Use Taxes *Motion of the Debtors for Entry of an Order Authorizing (I) the Debtors to Pay Prepetition Taxes and Regulatory Fees in the Ordinary Course of Business and (II) Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto* Filed By AAC Holdings, Inc. (Attachments: # 1 Exhibit A - Schedule of Taxing Authorities # 2 Exhibit B - Proposed Interim Order # 3 Exhibit C - Proposed Final Order)(Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 13 (50 pgs; 5 docs) | Motion to Maintain Bank Accounts *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (II) Authorizing the Continued Use of Cash Management System, (III) Extending Time to Comply With Certain Deposit Guidelines, and (IV)* |

| | | |
|---|---|---|
| | | *Granting Administrative Expense Status to Postpetition Intercompany Claims* Filed By AAC Holdings, Inc. (Attachments: # 1 Exhibit A - Bank Accounts # 2 Exhibit B - Cash Management Flowchart # 3 Exhibit C - Proposed Interim Order # 4 Exhibit D - Proposed Final Order)(Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 14 (43 pgs; 3 docs) | Motion to Pay Employee Wages *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay (A) All Prepetition Employee Obligations and (B) Prepetition Withholding Obligations and Dues, and (II) Directing Banks To Honor Related Transfers* Filed By AAC Holdings, Inc. (Attachments: # 1 Exhibit A - Proposed Interim Order # 2 Exhibit B - Proposed Final Order)(Meloro, Dennis) (Entered: 06/21/2020) |
| 06/21/2020 | 15 (61 pgs; 9 docs) | Motion to Approve *Motion of the Debtors for Entry of Interim and Final Orders Establishing (I) Notification, Objection and Hearing Procedures for Transfers of Equity Securities and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates* Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit A - Proposed Interim Order # 2 Exhibit 1A - Notice of Status as a Substantial Equityholder # 3 Exhibit 1B - Notice of Intent to Purchase, Acquire or Otherwise Accumulate an Equity Interest # 4 Exhibit 1C - Notice of Intent to Sell, Trade or Otherwise Transfer an Equity Interest # 5 Exhibit 1D - Declaration of Intent to Declare Worthless Equity Securities # 6 Exhibit 2 - Equity Transfer Procedures Notice # 7 Exhibit 3 - Publication Notice # 8 Exhibit 4 - Record Date Notice) (Meloro, Dennis) (Entered: 06/21/2020) |
| 06/22/2020 | 16 (4 pgs) | Notice of Appearance. Filed by Ad Hoc Group of Term Lenders. (Lunn, Matthew) (Entered: 06/22/2020) |
| 06/22/2020 | 17 (1 pg) | Motion to Appear pro hac vice - *Sayan Bhattacharyya of Stroock & Stroock & Lavan LLP*. Receipt Number 3008920, Filed by Ad Hoc Group of Term Lenders. (Poppiti, Jr., Robert) (Entered: 06/22/2020) |
| 06/22/2020 | 18 (1 pg) | Motion to Appear pro hac vice - *Daniel A. Fliman of Stroock & Stroock & Lavan LLP*. Receipt Number 3008920, Filed by Ad Hoc Group of Term Lenders. (Poppiti, Jr., Robert) (Entered: 06/22/2020) |
| 06/22/2020 | 19 (1 pg) | Motion to Appear pro hac vice - *Matthew G. Garofalo of Stroock & Stroock & Lavan LLP*. Receipt Number 2994278, Filed by Ad Hoc Group of Term Lenders. (Poppiti, Jr., Robert) (Entered: 06/22/2020) |
| 06/22/2020 | 20 (1 pg) | Motion to Appear pro hac vice - *Emily L. Kuznick of Stroock & Stroock & Lavan LLP*. Receipt Number 3008920, Filed by |

| | | |
|---|---|---|
| | | Ad Hoc Group of Term Lenders. (Poppiti, Jr., Robert) (Entered: 06/22/2020) |
| 06/22/2020 | 21 (5 pgs; 2 docs) | Notice of Appearance. Filed by Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent. (Attachments: # 1 Certificate of Service) (Collins, Mark) (Entered: 06/22/2020) |
| 06/22/2020 | 22 (1 pg) | Order Granting Motion for Admission pro hac vice of Sayan Bhattacharyya of Stroock & Stroock & Lavan LLP (Related Doc # 17) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 23 (1 pg) | Order Granting Motion for Admission pro hac vice of Daniel A. Fliman of Stroock & Stroock & Lavan LLP (Related Doc # 18) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 24 (1 pg) | Order Granting Motion for Admission pro hac vice of Matthew G. Garofalo of Stroock & Stroock & Lavan LLP (Related Doc # 19) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | | Attorney Amanda R. Steele and Mark D. Collins for Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent, Todd C. Meyers and Mark D. Collins for Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent, Gianfranco Finizio and Mark D. Collins for Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent added to case Filed by Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent. (Collins, Mark) (Entered: 06/22/2020) |
| 06/22/2020 | 25 (1 pg) | Order Granting Motion for Admission pro hac vice of Emily L. Kuznick of Stroock & Stroock & Lavan LLP (Related Doc # 20) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 26 (2 pgs) | Motion to Appear pro hac vice of Todd C. Meyers of Kilpatrick Townsend & Stockton LLP. Receipt Number 3009136, Filed by Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent. (Collins, Mark) (Entered: 06/22/2020) |
| 06/22/2020 | 27 (2 pgs) | Motion to Appear pro hac vice of Gianfranco Finizio of Kilpatrick Townsend & Stockton LLP. Receipt Number 2884974, Filed by Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent. (Collins, Mark) (Entered: 06/22/2020) |
| 06/22/2020 | 28 | Motion to Appear pro hac vice of Kelly E. Moynihan of |

| | | |
|---|---|---|
| | (2 pgs) | *Kilpatrick Townsend & Stockton LLP*. Receipt Number 2884974, Filed by Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent. (Collins, Mark) (Entered: 06/22/2020) |
| 06/22/2020 | | Attorney Kelly Moynihan and Mark D. Collins for Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent added to case Filed by Ankura Trust Company, LLC, in its capacity as DIP Agent, Senior Agent, and Junior Agent. (Collins, Mark) (Entered: 06/22/2020) |
| 06/22/2020 | 29 (2 pgs) | Order Granting Motion for Admission pro hac vice of Todd C. Meyers of Kilpatrick Townsend & Stockton LLP (Related Doc # 26) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 30 (2 pgs) | Order Granting Motion for Admission pro hac vice of Gianfranco Finizio of Kilpatrick Townsend & Stockton LLP (Related Doc # 27) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 31 (2 pgs) | Order Granting Motion for Admission pro hac vice of Kelly E. Moynihan of Kilpatrick Townsend & Stockton LLP (Related Doc # 28) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 32 | The transcriber has requested a standing order for all hearings in this case. To obtain a copy of a transcript contact the transcriber *Reliable Companies*. Telephone number *302-654-8080*.. (Reliable Companies) (Entered: 06/22/2020) |
| 06/22/2020 | 33 (5 pgs) | Agenda of Matters Scheduled for Telephonic Hearing Filed by AAC Holdings, Inc.. Hearing scheduled for 6/23/2020 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Meloro, Dennis) (Entered: 06/22/2020) |
| 06/22/2020 | 34 (1 pg) | Motion to Appear pro hac vice *of David B. Kurzweil*. Receipt Number 2922274, Filed by AAC Holdings, Inc.. (Meloro, Dennis) (Entered: 06/22/2020) |
| 06/22/2020 | 35 (1 pg) | Motion to Appear pro hac vice *of Alison Elko Franklin*. Receipt Number 3004387, Filed by AAC Holdings, Inc.. (Meloro, Dennis) (Entered: 06/22/2020) |
| 06/22/2020 | 36 (1 pg) | Motion to Appear pro hac vice *of Nancy A. Peterman*. Receipt Number 3004387, Filed by AAC Holdings, Inc.. (Meloro, Dennis) (Entered: 06/22/2020) |
| 06/22/2020 | 37 (1 pg) | Motion to Appear pro hac vice *of Matthew A. Petrie*. Receipt Number 3004387, Filed by AAC Holdings, Inc.. (Meloro, Dennis) (Entered: 06/22/2020) |

| 06/22/2020 | [38](#) (1 pg) | Order Granting Motion for Admission pro hac vice of David B. Kurzweil (Related Doc # 34) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| --- | --- | --- |
| 06/22/2020 | 39 (1 pg) | Order Granting Motion for Admission pro hac vice of Alison Elko Franklin (Related Doc # 35) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 40 (1 pg) | Order Granting Motion for Admission pro hac vice of Nancy A. Peterman (Related Doc # 36) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 41 (1 pg) | Order Granting Motion for Admission pro hac vice of Matthew A. Petrie (Related Doc # 37) Order Signed on 6/22/2020. (LJH) (Entered: 06/22/2020) |
| 06/22/2020 | 42 | [SEALED] Exhibit(s) *Notice of Filing Under Seal of Exhibit C to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (related document(s)4, 5) Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit [SEALED] Notice of Filing Unredacted Ankura Fee Letter) (Meloro, Dennis) (Entered: 06/22/2020) |
| 06/22/2020 | 43 | Receipt of filing fee for Voluntary Petition (Chapter 11)(20-11648) [misc,volp11a] (1717.00). Receipt Number 9838842, amount $1717.00. (U.S. Treasury) (Entered: 06/22/2020) |
| 06/22/2020 | 44 (92 pgs; 2 docs) | Supplemental Declaration *of J. Jette Campbell, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Pleadings* (related document(s)3) Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit B - Restructuring Support Agreement) (Meloro, Dennis) (Entered: 06/22/2020) |
| 06/22/2020 | 45 (5 pgs) | Agenda of Matters Scheduled for Telephonic Hearing Filed by AAC Holdings, Inc.. Hearing scheduled for 6/23/2020 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Meloro, Dennis) (Entered: 06/22/2020) |
| 06/22/2020 | 46 | [SEALED] Exhibit(s) *Notice of Filing of Unredacted Version of the Creditor Matrix Under Seal* Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit Unredacted Version of the Creditor Matrix Under Seal) (Meloro, Dennis) (Entered: 06/22/2020) |

| 06/23/2020 | 47<br>(3 pgs) | Minute Entry Re: 45 ; Telephonic First Day Hearing Held; Agenda Items: (Section C; 1-13) - first day motions ( 2 , 4 , 5 , 6 , 7 , 8 , 9 , 10 , 11 , 12 , 13 , 14 , 15 ) are GRANTED; orders to be revised as discussed and uploaded for signing (under certification of counsel, where necessary); Second Day Hearing set for 7/16/2020 at 1:00 PM in Courtroom 5; Appearances: (See Attached CourtCall Sheets) (RC) (Entered: 06/23/2020) |
| 06/23/2020 | 48<br>(21 pgs) | Affidavit/Declaration of Service *of a)Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Telephonic Hearing on First Day Motions Scheduled for June 23, 2020 at 11:00 A.M. (Prevailing Eastern Time), Before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware (Docket No. 33); and b)Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Amended Agenda for Telephonic Hearing on First Day Motions Scheduled for June 23, 2020 at 11:00 A.M. (Prevailing Eastern Time), before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware (Docket No. 45)..* Filed by DONLIN RECANO. (related document(s)33, 45) (Jordan, Lillian) (Entered: 06/23/2020) |
| 06/23/2020 | 49<br>(14 pgs) | Order Authorizing and Directing the Joint Administration of the Debtors' Chapter 11 Cases for Procedural Purposes Only (Related Document(s) 2) Order Signed on 6/23/2020. (RC) (Entered: 06/23/2020) |
| 06/23/2020 | 50<br>(3 pgs) | Order Authorizing the Debtors to Redact and File Under Seal Certain Portions of the Fee Letter Related to the DIP Facility (Related Doc # 5) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | 51<br>(4 pgs) | Order (I) Waiving the Requirement to File Equity Lists and Providing the Manner for Giving Notice to Equity Security Holders, (II) Authorizing the Debtors to File (A) a Consolidated Master List of Creditors and (B) a Consolidated List of the Debtors' 30 Largest General Unsecured Creditors, and (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information for Individual Creditors and Parties in Interest (Related Doc # 6) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | 52<br>(7 pgs) | Order Authorizing Debtors to Employ and Retain Donlin, Recano & Company, Inc. as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date (Related Doc # 7) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | 53<br>(4 pgs) | Order Authorizing Implementation of Procedures to Maintain and Protect Confidential Client Information (Related Doc # 8) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |

| | | |
|---|---|---|
| 06/23/2020 | [54](#)<br>(8 pgs) | Order (INTERIM) (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Related Doc # 9) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | [55](#)<br>(5 pgs) | Order (INTERIM) Authorizing the Debtors to (I) Maintain, Administer, and Modify the Client Refund Program and the Brand Promise Program and (II) Honor Obligations Related Thereto (Related Doc # 10) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | [56](#)<br>(5 pgs) | Order (INTERIM) Authorizing the Debtors to (I) Maintain Existing Insurance Policies, Pay All Policy Premiums Arising Thereunder, and Renew Such Policies, (II) Continue Insurance Premium Financing Program, Pay Insurance Premium Financing Obligations Arising in Connection Therewith, and Renew Such Premium Financing Arrangements, and (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto (Related Doc # 11) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | [57](#)<br>(4 pgs) | Order (INTERIM) Authorizing (I) the Debtors to Pay Prepetition Taxes and Regulatory Fees in the Ordinary Course of Business and (II) Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto (Related Doc # 12) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | [58](#)<br>(9 pgs) | Order (INTERIM) (I) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (II) Authorizing the Continued Use of Cash Management System, (III) Extending Time to Comply With Certain Deposit Guidelines, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims (Related Doc # 13) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | [59](#)<br>(6 pgs) | Order (INTERIM) (I) Authorizing the Debtors to Pay (A) All Prepetition Employee Obligations and (B) Prepetition Withholding Obligations and Dues, and (II) Directing Banks To Honor Related Transfers (Related Doc # 14) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |
| 06/23/2020 | [60](#)<br>(8 pgs) | Order (INTERIM) Establishing (I) Notification, Objection and Hearing Procedures for Transfers of Equity Securities and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates (Related Doc # 15) Order Signed on 6/23/2020. (LJH) (Entered: 06/23/2020) |

| 06/23/2020 | 61 (3 pgs) | Notice of Appearance. Filed by Hillsborough County Tax Collector. (FitzGerald, Brian) (Entered: 06/23/2020) |
|---|---|---|
| 06/23/2020 | 62 (2 pgs) | Notice of Appearance. Filed by De Lage Landen Financial Services, Inc.. (Rusnak, Joseph) (Entered: 06/23/2020) |
| 06/23/2020 | 63 (125 pgs; 3 docs) | Certification of Counsel *Requesting Entry of Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit Interim DIP Order # 2 Exhibit Redline of Interim DIP Order) (Meloro, Dennis) (Entered: 06/23/2020) |
| 06/23/2020 | 64 (390 pgs; 4 docs) | Certification of Counsel *(Second) Requesting Entry of Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior Secured Priming Superpriority Postpeition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit A - Interim DIP Order # 2 Exhibit B - Redline of Interim DIP Order # 3 Exhibit C - Redline of DIP Credit Agreement) (Meloro, Dennis) (Entered: 06/23/2020) |
| 06/23/2020 | 65 (190 pgs; 2 docs) | Order (INTERIM) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors to Obtain Senior Secured Priming Superpriority Postpeition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (Related Doc # 4, 64) Order Signed on 6/23/2020. (Attachments: # 1 Exhibit A - Credit Agreement) (LJH) (Entered: 06/23/2020) |
| 06/24/2020 | 66 (2 pgs) | Request for Service of Notices. Filed by Beckman Coulter Inc.. (Burkley, Kirk) (Entered: 06/24/2020) |
| 06/24/2020 | 67 (361 pgs; 2 docs) | List of Creditors Filed by AAC Holdings, Inc.. (Attachments: # 1 Exhibit Redacted Creditor Matrix) (Meloro, Dennis) (Entered: 06/24/2020) |
| 06/25/2020 | 68 (1 pg) | Notice of Appearance. Filed by Tarrant County. (Weller, Helen) (Entered: 06/25/2020) |

| | | |
|---|---|---|
| 06/25/2020 | [69](#) | Transcript regarding Hearing Held 06/23/2020 RE: First Day Motions. Remote electronic access to the transcript is restricted until 9/23/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Filed by Reliable Companies . Notice of Intent to Request Redaction Deadline Due By 7/2/2020. Redaction Request Due By 7/16/2020. Redacted Transcript Submission Due By 7/27/2020. Transcript access will be restricted through 9/23/2020. (MB) (Entered: 06/25/2020) |
| 06/25/2020 | [70](#) (5 pgs) | Notice of Hearing *Omnibus Notice of First Day Pleadings and Final Hearing Thereon* (related document(s)[4](#), [9](#), [10](#), [11](#), [12](#), [13](#), [14](#), [15](#), [54](#), [55](#), [56](#), [57](#), [58](#), [59](#), [60](#), [65](#)) Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Meloro, Dennis) (Entered: 06/25/2020) |
| 06/25/2020 | [71](#) (93 pgs; 4 docs) | Motion to Authorize *Motion for Entry of an Order Authorizing the Debtors to (I) Retain Carl Marks Advisory Group LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Appoint J. Jette Campbell as Chief Restructuring Officer, Nunc Pro Tunc as of the Petition Date* Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Attachments: # [1](#) Exhibit A - Proposed Order # [2](#) Exhibit B - Declaration of J. Jette Campbell # [3](#) Notice) (Meloro, Dennis) (Entered: 06/25/2020) |
| 06/25/2020 | [72](#) (93 pgs; 5 docs) | Application/Motion to Employ/Retain Greenberg Traurig, LLP as Counsel for the Debtors and Debtors In Possession, nunc pro tunc to the Petition Date Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Attachments: # [1](#) Exhibit A - Proposed Order # [2](#) Exhibit B - Kurzweil Declaration # [3](#) Exhibit C - Campbell Declaration # [4](#) Notice) (Meloro, Dennis) (Entered: 06/25/2020) |
| 06/25/2020 | [73](#) (62 pgs; 5 docs) | Application/Motion to Employ/Retain Chipman Brown Cicero & Cole, LLP as Conflicts Counsel for the Debtors Nunc Pro Tunc to the Petition Date Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Attachments: # [1](#) Exhibit A - Chipman Declaration # [2](#) Exhibit B - Campbell Declaration # [3](#) Exhibit C - Proposed Order # [4](#) Notice) (Meloro, Dennis) (Entered: 06/25/2020) |

| | | |
|---|---|---|
| 06/25/2020 | [74](#)<br>(112 pgs; 4 docs) | Application/Motion to Employ/Retain Cantor Fitzgerald & Co. as Investment Banker, Effective Nunc Pro Tunc to the Petition Date Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Attachments: # [1](#) Exhibit A - Proposed Order # [2](#) Exhibit B - Edelman Declaration # [3](#) Notice) (Meloro, Dennis) (Entered: 06/25/2020) |
| 06/25/2020 | [75](#)<br>(64 pgs; 4 docs) | Application/Motion to Employ/Retain Donlin, Recano & Company, Inc. as Administrative Advisor for the Debtors, Effective Nunc Pro Tunc to the Petition Date Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Attachments: # [1](#) Exhibit A - Proposed Order # [2](#) Exhibit B - Voorhies Declaration # [3](#) Notice) (Meloro, Dennis) (Entered: 06/25/2020) |
| 06/25/2020 | [76](#)<br>(13 pgs; 3 docs) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Attachments: # [1](#) Exhibit A - Proposed Order # [2](#) Notice) (Meloro, Dennis) (Entered: 06/25/2020) |
| 06/25/2020 | [77](#)<br>(29 pgs; 5 docs) | Motion to Authorize *Motion of the Debtors for Entry of an Order Authorizing the Retention and Payment of Professionals Utilized by the Debtors in the Ordinary Course of Business* Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Attachments: # [1](#) Exhibit A - OCP List # [2](#) Exhibit B - OCP Affidavit # [3](#) Exhibit C - Proposed Order # [4](#) Notice) (Meloro, Dennis) (Entered: 06/25/2020) |
| 06/25/2020 | [78](#)<br>(20 pgs; 3 docs) | Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Filed by AAC Holdings, Inc.. Hearing scheduled for 7/16/2020 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/9/2020. (Attachments: # [1](#) Exhibit A - Proposed Order # [2](#) Notice) (Meloro, Dennis) (Entered: 06/25/2020) |