IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM,[1] et al. | ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:19-cv-00407 |
| v. | ) ) | JUDGE RICHARDSON |
| AAC HOLDINGS, INC., et al. | ) ) ) | |
| Defendants. | | |

## <u>ORDER</u>

Pending before the Court is Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 52, "Motion"). Lead Plaintiff has filed a response in opposition to the Motion (Doc. No. 56), and Defendants have filed a reply (Doc. No. 59). For the reasons stated in the accompanying Memorandum Opinion, the Motion is **DENIED**.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Indiana Public Retirement System was appointed Lead Plaintiff in this action by Order of the Magistrate Judge dated August 13, 2019. (Doc. No. 37).