UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| DAVID BROWN CAUDLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AAC HOLDINGS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:19-cv-00407<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern<br><br>ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL OF DEFENDANT AAC HOLDINGS, INC. WITHOUT PREJUDICE |

WHEREAS, Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff"), having moved for an Order dismissing defendant AAC Holdings, Inc. from this action without prejudice and updating the caption to reflect that dismissal, as well as Lead Plaintiff's appointment as such, and the Court having found good cause therefor;

IT IS HEREBY ORDERED as follows:

1. AAC Holdings, Inc. is dismissed from this action without prejudice; and

- 1 -

4838-2063-4342.v1

2. The caption of this action is hereby amended to read as follows:

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) Civil Action No. 3:19-cv-00407 |
| | ) CLASS ACTION |
| Plaintiff, | ) ) Judge Eli J. Richardson |
| vs. | ) Magistrate Judge Alistair E. Newbern ) |
| MICHAEL T. CARTWRIGHT, KIRK R. MANZ and ANDREW W. McWILLIAMS, | ) ) ) ) |
| Defendants. | ) ) ) |

IT IS SO ORDERED.

DATED: April 29, 2021

_Eli Richardson_
THE HONORABLE ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: April 21, 2021

ROBBINS GELLER RUDMAN
   & DOWD LLP
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com

Lead Counsel for Indiana Public Retirement
System

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Local Counsel

4838-2063-4342.v1