UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM,) Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MICHAEL T. CARTWRIGHT, KIRK R. MANZ and ANDREW W. McWILLIAMS, )<br><br>Defendants. )<br>) | Civil Action No. 3:19-cv-00407<br><br>CLASS ACTION<br><br>HEARING REQUESTED<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Georgia, Florida, and California bars and am admitted *pro hac vice* in this case. I am a partner at the law firm of King & Spalding LLP and counsel for Defendants Michael T. Cartwright, Kirk R. Manz, and Andrew McWilliams (collectively, "Defendants"). I hereby submit this Declaration in support of Defendants' opposition to Plaintiff's[1] motion for class certification. I have personal knowledge of the facts set forth within.

2. Attached as Exhibits A through F to this Declaration are true and correct copies of the following documents.

- **Exhibit A**: Rebuttal Expert Report of Paul Zurek, Ph.D, dated September 7, 2021
- **Exhibit B**: March 29, 2019 Form 8-K for AAC Holdings, Inc.
- **Exhibit C**: April 15, 2019 Form 10-K for AAC Holdings, Inc.
- **Exhibit D:** April 16, 2019 Press Release for AAC Holdings, Inc.

---

[1] "Plaintiff" refers to lead plaintiff Indiana Public Retirement System.

1

- **Exhibit E**: April 16, 2019 Conference Call Transcript
- **Exhibit F**: Transcript of the September 2, 2021 deposition of Plaintiff's putative expert, W. Scott Dalrymple.

3.      Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed on September 7, 2021.

Dated: September 7, 2021

Respectfully submitted by:

/s/ *Lisa R. Bugni*
Lisa R. Bugni (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
lbugni@kslaw.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2021, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to the following attorneys of record:

Christopher M. Wood
Christopher H. Lyons
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2203
cwood@rgrdlaw.com
lyons@rgrdlaw.com

Francisco J. Mejia
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
fmejia@rgrdlaw.com

Jerry E. Martin
Bank of America Plaza
BARRETT JOHNSTON MARTIN
& GARRISON, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
jmartin@barrettjohnston.com

J. Alexander Hood, II
Jeremy A. Lieberman
Jonathan Lindenfeld
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
Tel: (212) 661-1100
ahood@pomlaw.com
jalieberman@pomlaw.com
jlindenfeld@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
Nashville, TN 37215
Tel: (615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

/s/ *W. Travis Parham*

3