| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM,) Individually and on Behalf of All Others ) Similarly Situated, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> MICHAEL T. CARTWRIGHT, KIRK R. ) MANZ and ANDREW W. McWILLIAMS, ) <br><br> Defendants. ) | Civil Action No. 3:19-cv-00407 <br><br> <u>CLASS ACTION</u> <br><br> HEARING REQUESTED <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

**DEFENDANTS' MOTION FOR EVIDENTIARY HEARING
ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

For the reasons set forth in the accompanying memorandum of law, Defendants Michael T. Cartwright, Kirk R. Manz, and Andrew McWilliams (collectively, "Defendants") respectfully request that the Court schedule, at a time convenient to the Court and the parties, a short evidentiary hearing so that Defendants' expert, Paul Zurek, Ph.D, may explain his opinions and the underlying evidence conclusively demonstrating that (a) the alleged misrepresentations associated with Plaintiff's Restatement Claim did not impact AAC Holdings, Inc.'s ("AAC") stock price during the putative class period of March 8, 2017 to November 5, 2018 and (b) Plaintiff's putative expert fails to proffer an actual methodology to demonstrate that damages on both the Marketing Claim and the Restatement Claim may be proven on a class-wide basis.

Pursuant to Local Rule 7.01(a)(1), counsel for the parties conferred, and Plaintiff's counsel informed Defendants' counsel that Plaintiff takes no position.

1

Dated: September 7, 2021                    Respectfully submitted by:

*/s/ W. Travis Parham*
W. Travis Parham (TN BPR #16846)
Michael T. Harmon (TN BPR # 27279)
**Waller Lansden Dortch & Davis LLP**
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 244-6380
travis.parham@wallerlaw.com
michael.harmon@wallerlaw.com

Jessica P. Corley (*pro hac vice*)
Lisa R. Bugni (*pro hac vice*)
Logan R. Hobson (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
jpcorley@kslaw.com
lbugni@kslaw.com
lhobson@kslaw.com

*Counsel for Defendants*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 7th day of September, 2021, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to the following attorneys of record:

Christopher M. Wood
Christopher H. Lyons
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2203
cwood@rgrdlaw.com
lyons@rgrdlaw.com

Francisco J. Mejia
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
fmejia@rgrdlaw.com

Jerry E. Martin
Bank of America Plaza
BARRETT JOHNSTON MARTIN
& GARRISON, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
jmartin@barrettjohnston.com

J. Alexander Hood, II
Jeremy A. Lieberman
Jonathan Lindenfeld
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
Tel: (212) 661-1100
ahood@pomlaw.com
jalieberman@pomlaw.com
jlindenfeld@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
Nashville, TN 37215
Tel: (615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

/s/ *W. Travis Parham*

3