UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID BROWN CAUDLE, et al., | |
| Plaintiffs, | Case No. 3:19-cv-00407 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Alistair E. Newbern |
| AAC HOLDINGS, INC., et al., | |
| Defendants. | |

## ORDER

On May 27, 2022, Defendants Michael Cartwright, Kirk Manz, and Andrew McWilliams filed an unopposed motion requesting a status conference. (Doc No. 94.) The motion is GRANTED. A status conference by video is set on June 8, 2022, at 2:30 p.m.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge