# EXHIBIT A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

DAVID BROWN CAUDLE,
Individually and on Behalf of
All Others Similarly
Situated,

                    No. 3:19-cv-00407

        Plaintiff,

    vs.

AAC HOLDINGS, INC., MICHAEL
T. CARTWRIGHT, KIRK R. MANZ
and ANDREW W. MCWILLIAMS,

        Defendants.

_____/

VIDEO-RECORDED DEPOSITION OF PAUL ZUREK, PH.D.

REMOTE ZOOM PROCEEDING

San Francisco, California

Wednesday, June 1, 2022

REPORTED BY:

LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

Pages 1 - 147                  Job No. 5256518

                             Page 1

Case 3:19-cv-00407   Document 99-1   Filed 06/13/22   Page 2 of 4 PageID #: 2070

the time the statements are made or at the time the truth is revealed?

A. I'm not sure that it's an either/or. I think it's -- it would be circumstance specific.

Q. So if we look at paragraph 58 of your report, you say, "In some circumstances, the price impact of information can be measured using the observed increase in the stock price at the time of the alleged misrepresent is made, assuming one can isolate the price movement that is specific to the alleged misstatement (i.e., one can account for any confounding information). In other circumstances, a price decline upon the revelation of the alleged truth can represent the price impact of information, again assuming that one can isolate the price movement specific with the revelation."

And then you say, "Measuring price impact in this manner (e.g., using an event study methodology to isolate company-specific price movements on alleged misrepresentation dates or alleged corrective disclosure dates) can therefore, under certain circumstances, yield a measure of inflation based on the observed changes in the security's price."

So is that -- is that an accurate statement of how one can measure price impact?

A. As far as I was able to follow what you're

reading, I think it accurately represents what's stated in my report and is consistent with the answer I gave. It depends on -- on the specific circumstances how price impact -- how and whether price impact can be measured.

Q. So when can you measure price impact based on the change in the stock price at the time the alleged misrepresentation is made?

A. Well, so when we talk about measuring price impact, what one typically does is construct an event study and look at the residual return.

And so in circumstances where one can use the residual return and -- and be -- and -- and where one can be confident that -- that what's measured is the impact of a particular statement that would be expected to increase the share price.

There are other circumstances, such as instances of price inflation -- or price maintenance, I'm sorry, where one wouldn't necessarily expect a price movement. And so that would not be an appropriate approach. It really depends on the circumstances.

Q. So a circumstance where it would not be, in your opinion, appropriate to measure the observed increase at the time of the misrepresentation would be cases of price maintenance where -- so, essentially, the plaintiffs' theory is that if the truth had been revealed, the stock

price would have gone down but instead it stayed the same? Is that what you're saying?

MS. BUGNI: Object to the form.

THE WITNESS: I think that's one example, where in -- I would have to look at the specific circumstances. There may be exceptions.

But if the -- if it's the lack of making a particular piece of information known to the market, and had it been known the price would have declined, then looking to see whether the price increased may not be -- may not be appropriate.

It really depends. And there are circumstances where multiple approaches could be used, and then it's a question of judgment of what the appropriate approach is. So it's hard to generalize in -- in this way.

Q. BY MR. LYONS: In this case, did you analyze the price impact of Defendants' allegedly false financial statements on the dates that they were made?

A. As explained in my report, in my opinion, the most accurate and appropriate manner of assessing price impact here is to look at the price reactions when information about the restatement became -- became public.

So I -- that's what I did. And I did not look at days in which financial statements were -- were

issued.

Q. Okay. So you didn't look at -- you didn't look at price impact on the days when the financial statements themselves were issued; is that right?

A. No, because I did not think that was -- that was required or necessary, given that there was a more direct way of assessing the impact of this information.

Q. And -- and can you describe the more direct way?

A. The more direct -- what I have in mind is -- is what I've done in my report, is to look at the dates on which information about the restatement became public and to assess what happened to the share price on those dates.

Q. So -- so instead of looking at the date -- looking at the price impact on the date of -- dates of the misrepresentation, you just looked at the price impact -- or whether there was price impact on what you believed were -- what you considered corrective disclosure dates? Is that --

MS. BUGNI: Object to the form.

Q. BY MR. LYONS: Is that what you did?

A. Dates -- I'm not sure -- corrective disclosure, I think, has a different meaning. But dates on which information about the restatement became public. Including corrective disclosure dates, which I think is

Q. But -- so if we were to look at that Goldman quote in paragraph 58, the same -- same opinion that -- you have a block quote in your Paragraph 58. It says, "Plaintiffs typically try to prove the amount of inflation indirectly: They point to a negative disclosure about a company and an associated drop in its stock price; allege that the disclosure corrected an earlier misrepresentation; and then claim that the price drop is equal to the amount of inflation maintained by the earlier misrepresentation."

In this case, did you consider whether the amount of inflation can be proven directly, by simply looking at the impact on the market price on the date of the earlier misrepresentation?

MS. BUGNI: Object to the form.

THE WITNESS: Yes, I -- I have considered that. And I have concluded that the most direct and appropriate way was to look at the price declines, when information about the restatement came to light. But I did consider it.

Q. BY MR. LYONS: And did you put anything in your report about that consideration?

A. I -- I think I just explain in my report why I think looking at the -- at the decline is -- is -- is the appropriate -- is -- is the most direct and most

Page 36

appropriate approach here to do this.

And I explain why considering the impact, given that the restatement ultimately has an ambiguous -- an ambiguous effect on the company increasing earnings in some periods, decreasing them in -- in others, the fact that it does not affect operating cash flows, and cash flows are what matters to -- to valuation and so on.

I think the best -- the best hypothesis to be tested is -- is whether the price declined when information about the restatement became -- became known as opposed to just trying to parse out the impact of the -- of this information at the time of the financial statements.

Q. So the reason that you didn't look at the price impact on the dates of the misrepresentations is because in some quarters the reinstated net loss was smaller than the originally reported net loss?

A. That is one of a number of reasons that I just -- that I just talked about.

Q. Is there anything that you didn't just talk about in your previous answer that's -- that explains why you didn't look at the price impact on the dates of the alleged misrepresentations?

MS. BUGNI: Object to the form.

THE WITNESS: I think it's important to -- you

Page 37

the -- is the right way of doing it in -- under these circumstances here and is entirely consistent with Mr. Dalrymple's approach to calculating inflation, in this case.

Q. Do you cite in your report any literature or, you know, authority for the idea that it's, under the circumstance, the right way of doing it, to look only at the dates on which information about the restatement became available and not at the dates on which alleged misrepresentations were made?

MS. BUGNI: Object to the form.

THE WITNESS: I mean, I don't think there's any authority that specifically addresses this case. What I provide is my economic reasoning for -- for what I've done. As I said, it's entirely consistent with what Mr. Dalrymple is proposing to do in terms of calculating inflation. And I've seen it done in -- in other circumstances.

Q. BY MR. LYONS: So what is your -- what is your economic reasoning for not looking at the price impact of the -- the misstatements -- the alleged misstatements on the dates they were made?

A. Well, so my reasoning is -- is as follows, and I think it's consistent with the way -- and I do cite this in my report: The Supreme Court defined price impact,

Page 34

which is -- which is whether inflation is introduced. And so given the nature of -- of the information related to the -- to the -- to the restatement, in -- under these circumstances, one can measure whether there was inflation by looking at whether any inflation was potentially removed.

And as I said, that's consistent with what Mr. Dalrymple is proposing. And that leads me to a conclusion that, in fact, there was no price impact because no inflation was removed.

Q. When you refer to the Supreme Court in that answer, are you talking about this quote in your paragraph 58 of your report from the Goldman case, where it says, "Plaintiffs typically try to prove the amount of inflation indirectly"?

A. No, that's not what I meant. I think there's a footnote. Give me one second.

So this is in footnote 1, actually, the last sentence, which states that -- and I -- I believe this is -- I say this is citing Goldman -- the Goldman ruling. "Price impact is the amount of price inflation maintained by an alleged misrepresentation."

So it's -- it's linking -- my understanding of that quote is that it's linking inflation and presence of inflation to price impact.

Page 35

10 (Pages 34 - 37)

Case 3:19-cv-00407    Document 99-1    Filed 06/13/22    Page 4 of 4 PageID #: 2072