IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID BROWN CAUDLE, et al., )
)
    Plaintiffs, ) NO. 3:19-cv-00407
)
v. ) JUDGE RICHARDSON
)
MICHAEL T. CARTWRIGHT, et al., )
)
    Defendants. )

## <u>ORDER</u>

Pending before the Court is Defendants' "Motion for Leave to File a Sur-Reply to Plaintiff's Motion for Class Certification." (Doc. No. 106, "Motion").

"The standard for granting leave to file a surreply is whether the party making the motion would [absent leave to file a sur-reply] be unable to contest matters presented to the court for the first time in the opposing party's reply." *Kivilaan v. Am. Airlines, Inc.*, No. 3:04-0814, 2008 WL 11390792, at \*1 (M.D. Tenn. Oct. 17, 2008) (quoting *Robinson v. Detroit News, Inc.*, 211 F. Supp. 2d 101, 113 (D.D.C. 2002)). Because Defendant has presented a colorable argument that certain issues and evidence were presented for the first time in Plaintiff's Reply, the Motion is **GRANTED**.

The Clerk is directed to file the "Proposed Sur-Reply" at Doc. No. 106-1 and the attached exhibit at Doc. No. 106-2 in a separate docket entry.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE