UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM,)<br>Individually and on Behalf of All Others )<br>Similarly Situated, )<br> )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>MICHAEL T. CARTWRIGHT, KIRK R. )<br>MANZ and ANDREW W. McWILLIAMS, )<br> )<br> Defendants. )<br> )<br> ) | Civil Action No. 3:19-cv-00407<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern<br><br>DECLARATION OF CHRISTOPHER M.<br>WOOD IN SUPPORT OF LEAD<br>PLAINTIFF'S MOTION FOR<br>RECONSIDERATION OF ORDER<br>GRANTING LEAVE TO FILE SUR-REPLY |

I, CHRISTOPHER M. WOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Tennessee, including this Court. I am a member of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Indiana Public Retirement System and the proposed Class in the above-captioned action. This Declaration is made in support of Lead Plaintiff's Motion for Reconsideration of Order Granting Leave to File Sur-Reply. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as Exhibits 1-3 are true and correct copies of the following documents:

Exhibit 1: Lead Plaintiff's [Proposed] Sur-Reply in Further Support of Lead Plaintiff's Motion for Class Certification, dated July 25, 2022;

Exhibit 2: Reply Report of W. Scott Dalrymple, CFA, dated July 25, 2022; and

- 1 -

Exhibit 3:     Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f), dated July 11, 2017, filed in *In re BancorpSouth, Inc.*, No. 17-508, ECF 2-2 (6th Cir. July 11, 2017).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of July, 2022, at Nashville, Tennessee.

_____
CHRISTOPHER M. WOOD

4883-2633-6555.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 25, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:19-cv-00407 Caudle v. AAC Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lohr Alexandria Beck**
  lohr.beck@kslaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Lisa R. Bugni**
  lbugni@kslaw.com

- **Jessica Perry Corley**
  jpcorley@kslaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Logan R. Hobson**
  lhobson@kslaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jonathan Lindenfeld**
  jlindenfeld@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jkarsten@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com

- **Francisco J. Mejia**
  fmejia@rgrdlaw.com

- **W. Travis Parham**
  travis.parham@wallerlaw.com,TAPDocketingClerk-Nash@wallerlaw.com,shelli.dimarco@wallerlaw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis(

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)