IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | NO. 3:19-cv-00407 |
| Plaintiff, | ) | JUDGE RICHARDSON |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL T. CARTWRIGHT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Motion for Evidentiary Hearing on Plaintiff's Motion for Class Certification. (Doc. No. 85, "Motion"). No response to the Motion has been filed. Via the Motion, Defendants request "that the Court schedule, at a time convenient to the Court and the parties, a short evidentiary hearing so that Defendants' expert, Paul Zurek, Ph.D., may explain his opinions . . . ." (*Id.*). The Motion is hereby DENIED. The Court will *sua sponte* schedule such a hearing if it finds that an evidentiary hearing would be beneficial to the Court in deciding Plaintiff's Motion for Class Certification (Doc. No. 76).

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE