# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

INDIANA PUBLIC RETIREMENT
SYSTEM, Individually and on Behalf of All
Others Similarly Situated,

     Plaintiff,

v.

AAC HOLDINGS, INC., MICHAEL T.
CARTWRIGHT, KIRK R. MANZ, and
ANDREW W. MCWILLIAMS,

     Defendants.

Civil Action No. 3:19-cv-00407

Judge Eli J. Richardson
Magistrate Judge Alistair E. Newbern

## DEFENDANTS AND NON-PARTY AAC HOLDINGS, INC.'S
## MOTION FOR PRIVILEGE DETERMINATION

Defendants Michael Cartwright, Andrew McWilliams, and Kirk Manz (collectively, "Defendants"), together with non-party AAC Holdings, Inc. ("AAC" or the "Company"), respectfully move this Court for a privilege determination pursuant to Section XIV of the Stipulated Protective Order, Dkt. 82. For the reasons set forth in the accompanying Memorandum of Law and Declaration of Lisa R. Bugni, Defendants and AAC respectfully request that the Court enter an order finding that the documents at issue—AAC00176226 and AAC00232909—are protected under the work product doctrine.

Respectfully submitted this 16th day of February, 2023.

**WALLER LANSDEN DORTCH & DAVIS, LLP**

s/ W. Travis Parham
W. Travis Parham (TN BPR #16846)
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 244-6380
travis.parham@wallerlaw.com

**KING & SPALDING LLP**
JESSICA P. CORLEY (admitted pro hac vice)
RONNI D. SOLOMON (admitted pro hac vice)
BRANDON R. KEEL (admitted pro hac vice)
LOHR A. BECK (admitted pro hac vice)
LOGAN R. HOBSON (admitted pro hac vice)
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA  30309
Telephone:  404/572-4717
404/572-5100 (fax)
jpcorley@kslaw.com
lohr.beck@kslaw.com
lhobson@kslaw.com

**KING & SPALDING LLP**
LISA BUGNI (admitted pro hac vice)
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:  415/318-1234
415/318-1300 (fax)
lbugni@kslaw.com
Attorneys for Defendants and Non-Party AAC
Holdings, Inc.

*Attorneys for Defendants and Non-Party AAC*
*Holdings, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of February, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to the following attorneys of record:

Christopher M. Wood
Christopher H. Lyons
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2203
cwood@rgrdlaw.com
lyons@rgrdlaw.com

Christopher Stewart
Francisco J. Mejia
Jack Gephart
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
cstewart@rgrdlaw.com
fmejia@rgrdlaw.com
jgephart@rgrdlaw.com

Jerry E. Martin
Bank of America Plaza
BARRETT JOHNSTON MARTIN
& GARRISON, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
jmartin@barrettjohnston.com

J. Alexander Hood, II
Jeremy A. Lieberman
Jonathan Lindenfeld
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
Tel: (212) 661-1100
ahood@pomlaw.com
jalieberman@pomlaw.com
jlindenfeld@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
Nashville, TN 37215
Tel: (615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

s/ W. Travis Parham