IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

INDIANA PUBLIC RETIREMENT       )
SYSTEM,                         )
Individually and on Behalf of All Others )
Similarly Situated              )          NO. 3:19-cv-00407
                                )          JUDGE RICHARDSON
        Plaintiff,              )
                                )
v.                              )
                                )
AAC HOLDINGS, Inc., et al.,     )
                                )
        Defendants.

## <u>ORDER</u>

Pursuant to Federal Rule of Civil Procedure 23(c)(2)(B), Lead Plaintiff is hereby ORDERED to submit to the Court, within twenty-one days (21) of the entry of this order, a proposed order concerning notice to the class defined in the Court's memorandum opinion at Doc. No. 138 and a deadline for prospective members to opt out. Defendants will have fourteen (14) days from that submission to respond. The parties are encouraged to seek an agreement regarding notice that ideally would be reflected in Lead Plaintiff's proposed order.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE