# EXHIBIT C
# [Publicly Filed Pursuant to ECF 128]

Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 2 of 38 PageID #: 3087



Message

From:
Sent:       2/7/2017 5:00:52 PM
To:
Subject:    Conversation with ▮

8:56 AM:
apparently ▮ emailed ▮ this weekend telling him that they needed to go through addbacks on Monday and ▮ repsonded that he (▮) really needs to lock up revenue before we do anything else... ▮ didn't have a response

8:57 AM:
Deerfield wants numbers

8:57 AM:
i'm over it

8:57 AM:
and royally POd

8:57 AM:
▮ is pissed

8:57 AM:
droppng the Fbomb this morning

8:59 AM:
so ▮ didn't look at shit this weekend\

9:25 AM:
yeah soo ▮ just told me all of that.....you cant wait around for addbacks.. he needs to freaking dig in.. im about to go poke ▮ to see if she's heard anything

9:32 AM:
nothing I'm sure

9:32 AM:
so much fluff

9:32 AM:
i dont even know what she was saying in there

9:32 AM:
she doesn't either

CONFIDENTIAL

AAC00132585



9:32 AM: she has no idea

9:32 AM: i was literally just saying "yeah"

9:33 AM: she said she feels comfortable with it

9:33 AM: at the end of the day

9:33 AM: but cant really explain the details of why

9:33 AM: becasue told her to be comfortable with it

9:33 AM: why was she not last week

9:33 AM: and now she is?

9:33 AM: holy fuckkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkkk

9:34 AM: she's had time to "digest it"

9:34 AM: is what she said

9:34 AM: three times

9:34 AM: i feel like im taking crazy pills

9:34 AM: i think really upset

11:19 AM: rev isn't gonna change

11:19 AM: the prelim number is now the real one

AAC00132586

CONFIDENTIAL

Case 3:19-cv-00407    Document 146    Filed 03/03/23    Page 4 of 38 PageID #: 3089

███████████ 11:19 AM:
i dont think it's going anywhere

███████████ 11:19 AM:
unless there's an increase

███████████ 11:19 AM:
honestly

███████████ 11:20 AM:
i asked ██ who was going to vet what ██ saying was accurate.. i said dont you think that should be you and she said ██'s created all these queries that she doesnt understand and things ██ should be the one to review it

███████████ 11:20 AM:
i was like (facepalm)

███████████ 11:22 AM:
again

███████████ 11:22 AM:
am i taking crazy pills

███████████ 11:22 AM:
no

███████████ 11:22 AM:
but you are the director of revenue.. you should be getting to the bottom of these things



███████████ 11:24 AM:
████████████████

███████████ 11:24 AM:
████████████████

███████████ 11:25 AM:
yesss i found that out this morning when ██ and i were looking at the bonus stuff

███████████ 2:30 PM:
███████████████████

███████████ 2:30 PM:
████████

███████████ 2:30 PM:
████████████████████████████████

███████████ 2:30 PM:

CONFIDENTIAL

AAC00132587

Case 3:19-cv-00407    Document 146    Filed 03/03/23    Page 5 of 38 PageID #: 3090



**2:31 PM:**

**2:31 PM:**

**2:31 PM:**

**2:31 PM:**

**2:32 PM:**

**2:32 PM:**

**2:37 PM:**
if you didn't already know... we're pulling back $2M of that $5M entry we had at the end of Q3

**2:38 PM:**
back into the rev number?

**2:38 PM:**
We booked $5M on top last quarter as an increase to revenue.... we're having to back $2M of that out because they were wrong and jumped the gun

**2:38 PM:**
so it's going to net with this $2.8M that ▮ "found"

**2:39 PM:**
so i'm glad we're jumping the gun on $18M... I'm sure it'll be totally correct

**2:40 PM:**
ughhhhhhhhhhhhhhhhhhhhhhh

**2:41 PM:**
my goodness

**2:41 PM:**
what a freaking cluster

**2:41 PM:**
you remember that.... that's why september was $27M and not our usual $22

**2:41 PM:**

CONFIDENTIAL

AAC00132588

Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 6 of 38 PageID #: 3091

i thought that was the $5M that was booked in Oct



2:42 PM:
so there was an additional 5M booked in sept

2:42 PM:
omg

2:42 PM:
sarah...............................

2:42 PM:
yes..............

2:42 PM:
so many frivolous JEs

2:42 PM:
and i mean that in like the WTFFFFFFF way

2:42 PM:
like we are just throwing around millions

2:42 PM:
like it's nothing

2:42 PM:
no need for support

2:43 PM:
ohhh no... we wrote up a memo last quarter but didn't give it to anyone

2:43 PM:
what the fuck is the point

2:43 PM:
we have a memo but didn't disclose it

2:43 PM:
you're got to be kidding me

2:43 PM:
no

2:43 PM:
i dont think i realized in Q3 that that happened

2:44 PM:

CONFIDENTIAL

AAC00132589

Case 3:19-cv-00407    Document 146    Filed 03/03/23    Page 7 of 38 PageID #: 3092

this makes no sense... i hope ▮ is talking to ▮ about his convo

▮ 2:44 PM:
with ▮

▮ 2:44 PM:
open the P&L and look at September

▮ 2:45 PM:
shit just look at revenue from July through December

▮ 2:45 PM:
yep.... a lot of confidence in our revenue team of two

▮ 2:45 PM:
22, 19, 27, 16, 16, 39

▮ 2:45 PM:
16 16 39

▮ 2:45 PM:
how is that possible

▮ 2:46 PM:
OH MY GOSH

▮ 2:46 PM:
HOW DOES THAT NOT LOOK LIKE A RED FLAG TO ANYONE ELSE

▮ 2:46 PM:
this is why i'm up at 330 in the morning

▮ 2:46 PM:
BDO needs to wake the hell up

▮ 2:47 PM:
we booked 5 in october to make that 21, and then it reversed in november to show $11M

▮ 2:47 PM:
which is when i caught it and asked ▮ about what the eff is going on

▮ 2:47 PM:
and now here we are

▮ 2:47 PM:
with an $18M entry

▮ 2:47 PM:

CONFIDENTIAL

AAC00132590

and you're gonna tell me there's nothing fishy going on

2:47 PM:
like there is absolutely no taking the average to make this look better like they got away with saying in Q3

2:48 PM:
the provision went up $3m

2:49 PM:
but that's not enough for a $22M increase to rev from Nov to Dec

2:49 PM:
excuse me $23M

2:49 PM:
second quarter in a row with a large entry at period end

2:50 PM:
$39MMMMMMMMMMMMMMMMMMMM

2:50 PM:
39!!!!!!!!!!!!!!!!!!!

2:50 PM:
thrity nineeeeeeeeeeeeeeeeeeeeeeeeeeeeeee

2:50 PM:
how

2:50 PM:
to get us right in line with where we were

2:52 PM:
so our provision in december is 11% of our rev, 8% in Nov and 10% in Oct

2:52 PM:
so maybe the provision is in line with the increase in revenue

2:52 PM:
so i take back my statement

2:52 PM:
yeah but now you're talking about revenue that we have no clue about

2:52 PM:
so it absolutely shouldn't be in line with prior quarters or months

2:53 PM:

CONFIDENTIAL

AAC00132591

Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 9 of 38 PageID #: 3094

needs to be much higher



2:53 PM:
i mean that's a very valid point

2:53 PM:
i agree

2:53 PM:
all they are doing is making our P&L look like it did every other period

2:53 PM:
think about that

2:54 PM:
waiting to see where ADJEBITDA falls so we can make this quarter in line with the others

2:55 PM:
that's very true

2:55 PM:
gosh that makes my stomach hurt

2:55 PM:
has got to talk to

2:56 PM:

2:56 PM:

2:56 PM:

2:56 PM:

2:58 PM:
but seriously though

2:58 PM:
it's only february 6th... why should i worry about year end revenue

2:58 PM:

AAC00132592

Case 3:19-cv-00407 Document 146 Filed 03/03/23 Page 10 of 38 PageID #: 3095

i mean im the one who asked her a ton of questions this morning

**2:58 PM:**
she should be mad about me probing

**2:59 PM:**
i haven't even asked her anything hard..... i would love to fucking ream them a new one

**2:59 PM:**
but we have to be on eggshells

**2:59 PM:**
what is so wrong with backing them both in a corner

**3:00 PM:**
i mean i understand ▮ hesitations, but at the same time i just want to scream that we have no more time

**3:00 PM:**
it's go time

**3:47 PM:**
did ▮ basically just blow you off?

**3:47 PM:**
i just freaking lost it

**3:48 PM:**
like i jsut pushed really hard and she said well you are just oign to have to talk to ▮ bc i cant talk you off that ledge

**3:48 PM:**
tell her to put something together

**3:48 PM:**
and she can't

**3:48 PM:**
says she isn't good at writing memos

**3:48 PM:**
i said that you just cant blame CRMS for this

**3:48 PM:**
that's not an answer

**3:49 PM:**
and she said well that's what happens when you sit on your ass and dont appeal anything

**3:49 PM:**

CONFIDENTIAL

AAC00132593

Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 11 of 38 PageID #: 3096

and you have to look at it by quarter not month

3:49 PM:
WHAT?????????????????? that right there is why we shouldn't be booking this

3:49 PM:
i cant

3:49 PM:
i said then how does it make sense that our census is down but we have the best quarter of the year

3:49 PM:
like i want to yell at both of them

3:50 PM:
the best quarter by far

3:50 PM:
needs to grow a pair

3:50 PM:
did you hear any of our convo?

3:50 PM:
it was hostel

3:51 PM:
she saw i had that p&l pulled up and made some comment ab revenue and thats when i said well look at this

3:51 PM:
yeah i could hear you questioning, but in a reasonable manner... she doesn't understand it enough to defend it

3:51 PM:
you cant tell me this looks normal

3:51 PM:
yeah i hear that

3:51 PM:
the fact that she is mad that we are looking at the P&L is insane to begin with

3:51 PM:
like should be not look at it

3:51 PM:
just assume it's correct

3:51 PM:

AAC00132594



Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 12 of 38 PageID #: 3097

since it looks so fucking normal



**3:51 PM:**
16M to 39M

**3:52 PM:**
just a nice little catch up with an explanation of "low-pays"

**3:52 PM:**
but we're gonna appeal

**3:52 PM:**
let's just book it al

**3:52 PM:**
it's fine

**3:52 PM:**
never heard of this before, but now we have $18M in one quarter

**3:52 PM:**
seems right to me

**3:53 PM:**
maybe she doesn't realize that she's not getting sympathy from anyone but

**3:54 PM:**
and he knows he can manipulate the shit out of her

**4:25 PM:**
omg

**4:25 PM:**
why did you not save me

**4:25 PM:**
i had          over here

**4:26 PM:**
was it just total word vomit?

**5:02 PM:**
it was word vom

**5:02 PM:**
for usre

**5:02 PM:**

CONFIDENTIAL

AAC00132595

Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 13 of 38 PageID #: 3098

sure



**5:02 PM:**
always

**5:24 PM:**
do you know if any of our rollforwards have changed in the last week or so?

**5:24 PM:**
i know that's a lot of time

**5:25 PM:**
no sir

**5:25 PM:**
ok i thought you guys had been locked for a while

**5:25 PM:**
the big ones havent.. the only things tweaked from us was PTO

**5:25 PM:**
and bonuses

**5:25 PM:**
which you are in the loop on

**5:26 PM:**
ok cool thank you

**8:38 AM:**

**8:38 AM:**

**8:38 AM:**

**8:38 AM:**

**8:38 AM:**

**8:38 AM:**

**8:39 AM:**

CONFIDENTIAL

AAC00132596



AAC00132597

CONFIDENTIAL



AAC00132598

CONFIDENTIAL

Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 16 of 38 PageID #: 3101

im assuming ▇ is attempting to explain stuff to ▇



1:13 PM:
im also sure it won't make any sense

1:13 PM:
i guess so

1:14 PM:
also i realized a few minutes ago that i have not said a word to her this morning

1:14 PM:
whoopsies

1:14 PM:
i haven't either

1:14 PM:
i think she said hey to me but i had my HP in

1:15 PM:
ekkk oh well... hopefully she's been heads down trying to tie out loose ends

1:17 PM:
hahahhahaha

1:17 PM:
that's hilarious

1:32 PM:
are we gonna have yelling match or anything?

1:32 PM:
i really hope so

1:32 PM:
im sad i missed the last one

1:41 PM:
do we include RSG in the G&A

1:41 PM:
normally

1:43 PM:
yes

1:43 PM:

CONFIDENTIAL

AAC00132599

i literally ask ▮ every quarter hah

1:43 PM: haha ok i figured we would as it seems like a G&A item

1:43 PM: but wanted to be sure

1:43 PM: about to adjust the number for our topsides

1:44 PM: okay! sounds good!!! (y)

1:44 PM: gooood luck

3:27 PM: i hope ▮ doesn't listen to anything ▮ says unless it was stuff that ▮ has been telling her that seems odd.... because ▮ doesn't know the answers

3:27 PM: not sure if that made any sense

3:27 PM: yeah i mea i agree

3:27 PM: im just VERY curious on the productivity of that meeting

3:39 PM:

3:39 PM:

3:39 PM:

3:39 PM:

3:40 PM:

3:41 PM:

3:41 PM:

CONFIDENTIAL

AAC00132600



AAC00132601

CONFIDENTIAL



AAC00132602

CONFIDENTIAL

**From:** ████████████████████

**Sent:** 2/28/2017 5:27:48 PM

**To:** ████████████████████████████████████

**Subject:** ████████████████████

████████████ 10:25 AM:

as painful as it might be, I'm going to plan to be here at 750 - we could go somewhere for the call, like the board room or something

████████████ 10:25 AM:

or even just the conferendce room and put it on our comps

████████████ 10:25 AM:

doesn't matter if you all come or not, but just think it's gonna be interesting

████████████ 10:26 AM:

████████████████████████████ █ ████████████████████████

████████████ 10:59 AM:

they havent even sent bdo the cash to net

████████████ 11:30 AM:

████████████████

████████████ 11:30 AM:

████████████████████

████████████ 11:30 AM:

██████████

████████████ 11:30 AM:

████

████████████ 12:31 PM:

██ is pissed

████████ 12:31 PM:

what happened?

████████████ 12:32 PM:

that we're not putting anything in the PR about short pays

████████████ 12:32 PM:

oh great

CONFIDENTIAL

AAC00146542

Case 3:19-cv-00407    Document 146    Filed 03/03/23    Page 21 of 38 PageID #: 3106



12:32 PM:
BDO didnt help i'm guessing?

12:32 PM:
no

12:32 PM:
was ▌ just talking to ▌ about that?

12:33 PM:
you cant just bake it in the K like it was a minor update

12:33 PM:
yeah ▌ blatently said "we aren't going to put anything in the PR about the short pays? Seems like people might be pissed if they find out 5 days later when we file the K that we had short pays"

12:34 PM:
and im sure ▌'s response was "but look at this awesome cash to net chart"

12:34 PM:
hah

12:35 PM:
also i thought we were filing tomorrow?

12:35 PM:
no way we'll file tomorroqw

12:35 PM:
wed or thurs

12:35 PM:
and that's assuming ▌ and ▌ actually look at the fucking thing

1:51 PM:
how you doing

1:51 PM:
you are alive

1:51 PM:
that is a facrt

1:51 PM:
fact

1:59 PM:

CONFIDENTIAL

AAC00146543



AAC00146544

CONFIDENTIAL

AAC00146545



CONFIDENTIAL

Case 3:19-cv-00407    Document 146    Filed 03/03/23    Page 24 of 38 PageID #: 3109

absolutely

8:39 AM:
Q1 is going to be a nightmare

8:39 AM:
hahahaha

8:39 AM:
this is comical

8:40 AM:
today we literally complete our worst cash month that anyone can remember

8:40 AM:
how much

8:41 AM ██████ asked to send you "**EFDCF963.PNG**".
8:42 AM:
we're gonna be at like $17M

8:42 AM **EFDCF963.PNG** was saved to C:\Users\██████\Documents\My Received Files. It's a good idea to scan the file for viruses before you open it.
8:42 AM:
WOW

8:42 AM:
also im pretty sure "bullybear" is ██████

8:42 AM:
im convinced too

8:42 AM ██████ asked to send you "**94411C08.PNG**".
8:43 AM **94411C08.PNG** was saved to C:\Users\██████\Documents\My Received Files. It's a good idea to scan the file for viruses before you open it.
8:43 AM:
hahah holy shit

8:43 AM:
why would anyone but ██████ be writingthat

8:43 AM:
remind you these are grown men

8:44 AM:
loved ██████'s response too

8:44 AM:
hitting him with the grammatical burn

CONFIDENTIAL

AAC00146546



AAC00146547

CONFIDENTIAL



10:14 AM:
i'm about to put my topsides in

10:14 AM:
can we run a new consolidated afterwards to make sure they shake out?

10:14 AM:
i'm assuming we usually do that

10:14 AM:
each quarter as a gut check/

10:15 AM:
yeah you could create a copy of the topsides workbook and remove all of the topsides that you put in and then rerun the P&L

10:15 AM:
just make sure we make a copy

10:15 AM:
okay that's what i'll do

10:15 AM:
i'll let you know if i have issues

1:01 PM:
i'm gonna see what ▇ thinks, but i might naïvely ask ▇ where we plan to disclose the revenue number related to short pays

1:01 PM:
how they don't feel that that is material to a reader of the 10-K blows my mind

1:13 PM:
sooooooooooooooooooooooo

CONFIDENTIAL

AAC00146548

Case 3:19-cv-00407    Document 146    Filed 03/03/23    Page 27 of 38 PageID #: 3112



1:13 PM:
did you ask?

1:14 PM:
i haven't seen ▮

1:14 PM:
i just wrote that 10 minutes ago

1:15 PM:
haha oh

1:15 PM:
i just saw that

1:15 PM:
our stock is up, and it's totally articifical

1:15 PM:
how's the 10K coming along?

1:15 PM:
i know

1:15 PM:
like we are a sinking ship

1:15 PM:
that's what's bothering me

1:15 PM:
it;s totally on bullshit guidance and false numbers

1:15 PM:
knowing that it's up based on a TON of judgement

1:17 PM:
garbage judgement

1:17 PM:
we did like 1M in third party lab this year and our guidance shows we are gonna do $8 in 2017

1:17 PM:
they were close to budgeting for $10M for 2016

1:17 PM:
we did $1M

CONFIDENTIAL

AAC00146549

Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 28 of 38 PageID #: 3113

1:17 PM:
i'm about done here

1:18 PM:
does anything feel legit to you?

1:18 PM:
massive façade

1:20 PM:
my question is at what point do you think it will blow up

1:21 PM:
i know the third party lab started half way through this year, but i feel like that guidence seems a bit aggressive

1:21 PM:
"a bit aggressive" as in ridiculous

1:22 PM:
i feel like the pressure it just being postponed

1:22 PM:
truly

1:22 PM:
sweeping it under the rug

1:23 PM:
until they literally cant due to the lack of funds coming through the door.. im going to wait it out until at least april to see how this quarter shakes out, but i know it's going to be a train wreck

1:23 PM:
it'll be a night mare

1:23 PM:
we are already 2 months in

1:23 PM:
think about that

1:24 PM:
oh i know!

1:24 PM:
totally

1:25 PM:

CONFIDENTIAL

AAC00146550

Case 3:19-cv-00407    Document 146    Filed 03/03/23    Page 29 of 38 PageID #: 3114

also bullybear strikes again



1:25 PM ██████ asked to send you "**1EE7C756.PNG**".
1:26 PM **1EE7C756.PNG** was saved to C:\Users\██████\Documents\My Received Files. It's a good idea to scan the file for viruses before you open it.

██████ 1:26 PM:
how the hell isn't this ████ ?

██ ██ 1:26 PM:
no joe

██████ 1:26 PM:
joke

██████ 1:26 PM:
oh i know.

██████ 1:26 PM:
like someone within AAC is this guy

██ ██ 1:26 PM:
totally agree

████ 1:26 PM:
what if it's like ████

████ 1:26 PM:
haha

██████ 1:26 PM:
so entertaining

██████ 1:26 PM:
awesome that's it's bullybear

██████ 4:13 PM:
where's your best friend today?

██████ 4:14 PM:
hahahha

██████ 4:14 PM:
so funny

██████ 4:14 PM:
apparently ████ talked with him last week

██████ 4:15 PM:
he has to have all of his things turned in by march 31

CONFIDENTIAL

AAC00146551

AAC00146552

CONFIDENTIAL

4:15 PM:
well that's a start

4:15 PM:
yyyyyyyyyyyyup

4:15 PM:
and that makes sense given the info ▮ told us about there having to be a 30 day notice in his contract

Case 3:19-cv-00407   Document 146   Filed 03/03/23   Page 31 of 38 PageID #: 3116

Message

From: ███████████████████

Sent: 12/16/2016 9:36:27 PM

To: █████████████████████████

Subject: Conversation with ████████



████████ 9:09 AM:

██████████████████

████████ 9:15 AM:

████████

████████ 9:15 AM:

████████████████████████████████

████████ 9:16 AM:

████████████████████

████████ 9:16 AM:

████████████████

████████ 9:16 AM:

████████

████████ 9:16 AM:

████████

████████ 9:18 AM:

did you have an epiphany about any of our accounting issues last night or are you still thinking we have a large problem?

████████ 9:19 AM:

large prob

████████ 9:19 AM:

almost done looking through invoices then im going to need your brain

████████ 9:20 AM:

███████████████

████████ 9:22 AM:

██████████

████████ 9:24 AM:

███████████

CONFIDENTIAL

AAC00150592

Case 3:19-cv-00407 Document 146 Filed 03/03/23 Page 32 of 38 PageID #: 3117



9:33 AM:

10:47 AM:

10:47 AM:

10:47 AM:

10:47 AM:

10:47 AM:

10:47 AM:

11:06 AM:
so far

11:07 AM:
for things that were truly monthly expenses that were capped

11:07 AM:
$290K of expense to clean it up

11:07 AM:
ok

11:07 AM:
and that's just the big four, correct?

11:07 AM:
no that's all the other shiz from 2016

11:08 AM:
that's not including the 4 sf ones

11:08 AM:
ok - that was a quick quantification!

11:09 AM:
was killin it while we were talking to

CONFIDENTIAL

AAC00150593

11:10 AM:
come look at reveneu with me when you get a second

11:10 AM:
total entertainment

11:10 AM:
and bullshit

11:10 AM:
hahah hang on let me help ▮ really quicj

11:39 AM:
yeah i'm gonna have a real discussion with ▮ later today.... these numbers are total bullshit...

11:39 AM:
looking at this dumb as EIV workbook makes me mad

11:39 AM:
it's ridiculous

11:40 AM:
that EIV workbook literally gives me heart burn

11:41 AM:
also the agings are so manipulated bc the system cannot spit one out so they basically have to be created which entails a lot of filtering of data.. it's just too easy to make a mistake

11:42 AM:
and i don't necessarily trust ▮ work

11:43 AM:
i mean anyone could easily screw up with all those formulas and those workbooks

11:43 AM:
i mean to review her work would take DAYS

11:44 AM:
yes

11:44 AM:
so much manual work

11:49 AM:
so i see the $5M reversal

11:49 AM:

CONFIDENTIAL

AAC00150594

Case 3:19-cv-00407 Document 146 Filed 03/03/23 Page 34 of 38 PageID #: 3119

and don't understand it



**11:49 AM:**
$5.5M topside

**11:50 AM:**
it was a topside?

**11:50 AM:**
yes

**11:50 AM:**
hmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmm

**11:50 AM:**
booked last month

**11:50 AM:**
or as of 9/30

**11:50 AM:**
come look

**11:50 AM:**
well

**11:51 AM:**
JNL022626

**11:51 AM:**
JNL025133

**11:51 AM:**
Record Oct topside lab Auto Reverse in Nov

**11:51 AM:**
was the October entry

**11:51 AM:**
that's weird

**11:51 AM:**
yes

**11:52 AM:**
do you see any support for it

**11:52 AM:**

AAC00150595

in the Oct file?

**11:55 AM:**
nothing that i can follow

**11:56 AM:**
we really need to talk to ▮ about it

**11:56 AM:**
yes

**11:58 AM:**
why do we set revenue entries to auto reverse to begin with?

**1:06 PM:**
omng

**1:06 PM:**
this guy

**1:06 PM:**
looks JUST like an actuary would

**1:06 PM:**
like picture perfect

**1:07 PM:**
https://www.google.com/search?q=office+space+bobs&espv=2&biw=1920&bih=974&tbm=isch&imgil=k6XLeLfom_I1zM%253A%253BY1wGIN_TfuvFRM%253Bhttps%25253A%25252F%25252Fwww.youtube.com%25252Fwatch%25253Fv%2525253DhNuu9Cpdjlo&source=iu&pf=m&fir=k6XLeLfom_I1zM%253A%252CY1wGIN_TfuvFRM%252C_&usg=__aRdEvEuac1WzAqlYqEb3QmK7-Ik%3D&ved=0ahUKEwj9vdiqtPnQAhXG5yYKHT07C8sQyjclJQ&ei=RDtUWP2LD8bPmwG99qzYDA#imgrc=k6XLeLfom_I1zM%3A

**2:08 PM:**
i don't have words for that convo

**2:10 PM:**
it's clear to me that ▮ doesn't really know reasoning around the fluxes in revenue, she just knows how to fill in the model.... cash is not going down, and the fact that a $5M drop for two months in a row doesn't make her really wonder what the fuck is going on is weird to me

**2:10 PM:**
$26M to what should be $17M and $17M with really no explanation - literally cannot explain why this is happening

**2:11 PM:**
and all ▮ can say is this can't be right, book $5.5M to lab as a placeholder? so we don;t have to answer questions from ▮ and ▮? Are you fucking kidding

**2:11 PM:**

CONFIDENTIAL

AAC00150596

Case 3:19-cv-00407    Document 146    Filed 03/03/23    Page 36 of 38 PageID #: 3121

"don't worry about revenue; I scrutinize the shit out of it" but I'll book $5.5M without really asking questions

2:11 PM:
i just don't get it

2:11 PM:
and need ▇ to get out of this meeting

2:24 PM:
im freakign out a little now

2:24 PM:
that convo gave me zero comforat

2:24 PM:
comfort

2:24 PM:
i need to talk to ▇

2:24 PM:
we need to

2:24 PM:
ahora

2:25 PM:
i think this is a big deal

2:26 PM:
i had to ask ▇ what Ahora meant

2:26 PM:
(facepalm)

2:26 PM:
but yes

2:26 PM:
i dont lik eit

3:22 PM:
i emailed ▇ and told him i need to get something out there before we leave today... i'm sure i'll feel better come monday but atill need to put my concerns on the table.... ▇ is usually on the same page

3:22 PM:
he finally hinted at it today when he said he would need to talk to ▇ to get him otu of the weeds if need be

CONFIDENTIAL

AAC00150597

███████████  3:23 PM:
how long will your meeting take do you think?

███████████  3:23 PM:
yeah i think that's a really good idea.. did you send your email going through specifc concerns?

███████████  3:23 PM:
I hope not--- i'm thinking 20 min especially bc ████████ isnt on there

███████████  3:23 PM:
also █ said she was about to peace soo it would be a great time to talk to █

███████████  3:24 PM:
yeah.... and i'm just gonna let him know how i feel about this situation... and this has been growing, it's not like this is the first time i feel like our numbers have felt a little weird

CONFIDENTIAL

AAC00150598

# Mailing Information for a Case 3:19-cv-00407 Caudle v. AAC Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Lohr Alexandria Beck**
  lohr.beck@kslaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Lisa R. Bugni**
  lbugni@kslaw.com

- **Jessica Perry Corley**
  jpcorley@kslaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jack A. Gephart**
  jgephart@rgrdlaw.com

- **Logan R. Hobson**
  lhobson@kslaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Brandon R. Keel**
  bkeel@kslaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jonathan Lindenfeld**
  jlindenfeld@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jkarsten@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com

- **Francisco J. Mejia**
  fmejia@rgrdlaw.com

- **W. Travis Parham**
  travis.parham@wallerlaw.com,TAPDocketingClerk-Nash@wallerlaw.com,shelli.dimarco@wallerlaw.com

- **Ronni D. Solomon**
  rsolomon@kslaw.com

- **Christopher Stewart**
  cstewart@rgrdlaw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis(

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)