**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM,) Individually and on Behalf of All Others ) Similarly Situated, ) <br> ) <br>            Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> MICHAEL T. CARTWRIGHT, KIRK R. ) MANZ and ANDREW W. McWILLIAMS, ) <br> ) <br>            Defendants. ) <br> ) <br> ) | Civil Action No. 3:19-cv-00407 <br><br> <u>CLASS ACTION</u> <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

**DECLARATION OF LISA R. BUGNI**
**IN SUPPORT OF DEFENDANTS' AND NON-PARTY AAC HOLDINGS, INC.'S**
**<u>REPLY IN SUPPORT OF THEIR MOTION FOR PRIVILEGE DETERMINATION</u>**

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Georgia, Florida, and California bars and am admitted *pro hac vice* in this case. I am a partner at the law firm of King & Spalding LLP and counsel for Defendants Michael Cartwright, Andrew McWilliams, and Kirk Manz (collectively, "Defendants") and non-party AAC Holdings, Inc. ("AAC") in connection with this matter. I hereby submit this Declaration in support of Defendants' and AAC's Reply in Support of Their Motion for Privilege Determination. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibits I through J to this Declaration are true and correct copies of the following documents:

- **Exhibit I**: ABA publication, "Seek a Rule 502(d) Order to Protect Privileged Data from Inadvertent Disclosure"; and

- **Exhibit J**: Defendants' Responses and Objections to Lead Plaintiff's First Requests for Production of Documents, dated July 13, 2021.

Pursuant to 26 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on March 9, 2023 in Nashville, Tennessee.

LISA R. BUGNI

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 9th day of March, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to the following attorneys of record:

Christopher M. Wood
Christopher H. Lyons
ROBBINS GELLER RUDMAN
& DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2203
cwood@rgrdlaw.com
lyons@rgrdlaw.com

Christopher Stewart
Francisco J. Mejia
Jack Gephart
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
cstewart@rgrdlaw.com
fmejia@rgrdlaw.com
jgephart@rgrdlaw.com

Jerry E. Martin
Bank of America Plaza
BARRETT JOHNSTON MARTIN
& GARRISON, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
jmartin@barrettjohnston.com

J. Alexander Hood, II
Jeremy A. Lieberman
Jonathan Lindenfeld
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
Tel: (212) 661-1100
ahood@pomlaw.com
jalieberman@pomlaw.com
jlindenfeld@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
Nashville, TN 37215
Tel: (615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

*/s/ Travis W. Parham*