IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *Individually and on Behalf of All Others Similarly Situated* | ) ) ) ) ) | NO. 3:19-cv-00407 JUDGE RICHARDSON |
|    Plaintiff, | ) ) | |
| v. | ) ) | |
| AAC HOLDINGS, Inc., et al., | ) ) | |
|    Defendants. | ) | |

## <u>ORDER</u>

Plaintiff has filed a motion to reconsider (Doc. No. 149, the "Motion") the Court's memorandum opinion at Doc. No. 138. Defendants shall file a response within fourteen **(14)** days of this order being docketed.

Plaintiff's Motion further requests the Court vacate the deadlines regarding class notice until such time that the Motion is resolved. Defendants do not oppose this request. Therefore, the request to vacate the deadlines regarding class notice until the resolution of the Motion is GRANTED. As indicated above, however, the Motion otherwise remains pending.

    IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE
