UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> v. <br><br> AAC HOLDINGS, INC. et al., <br><br> Defendants. | Case No. 3:19-cv-00407 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiff has filed a motion for the Court to reconsider its order granting Defendants' motion to seal the memorandum of law and certain exhibits supporting its motion for a privilege determination. (Doc. No. 141.) Defendants did not oppose the motion for reconsideration, and the motion is therefore GRANTED.

Having reconsidered its original ruling, the Court finds that it should stand. Plaintiff did not oppose the motion to seal when it was filed. (Doc. No. 131 ("Plaintiff indicated that it takes not position on the matter at this time.").) "[P]arties cannot use a motion for reconsideration to raise new legal arguments that could have been raised before a judgment was issued." *Roger Miller Music, Inc. v. Sony/ATV Publishing*, 477 F.3d 383, 395 (6th Cir. 2007). Because Plaintiff did not raise the arguments it now makes for the Court's consideration when the motion to seal was originally at issue, the Court will not find them to be a basis on which to reverse its ruling.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge