# PEx. 2

| From: | Jack Gephart |
| --- | --- |
| To: | "Lisa Bugni"; Ronni Solomon; Logan Hobson; Jessica Corley; Lohr Beck; Brandon Keel |
| Cc: | Christopher Stewart; Christopher Lyons; Chris Wood; Henry Bator |
| Subject: | RE: INPRS v. Cartwright, et al. (AAC), No. 3:19-cv-00407 -- Scope of the Waiver |
| Date: | Wednesday, March 1, 2023 7:14:57 PM |
| Attachments: | INPRS v. Cartwright et al. (AAC)_Documents Subject to Waiver.pdf |

Lisa,

Attached is a list of documents which we believe, based on our review of Defendants' privilege log, fall within the scope of the waiver which AAC effectuated by disclosing various documents and information related to short pays to the SEC, including the June and September 2018 Presentations, the February 22, 2017 David King Memorandum and related emails, the "interview memoranda and investigative working papers," as well as any additional documents and information provided to the SEC which AAC has yet to disclose.

Additional relevant and responsive documents not logged by AAC or Defendants likely also exist which fall within the scope of the waiver, and must be produced. We intend to raise these issues with the Court in connection with the current briefing on defendants' clawback motion.

Regards,

**Jack A. Gephart**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    

| Privilege Log ID |
| --- |
| AAC-PRIV-02169 |
| AAC-PRIV-02170 |
| AAC-PRIV-02177 |
| AAC-PRIV-02182 |
| AAC-PRIV-02378 |
| AAC-PRIV-02919 |
| AAC-PRIV-02920 |
| AAC-PRIV-02923 |
| AAC-PRIV-02924 |
| AAC-PRIV-02928 |
| AAC-PRIV-02929 |
| AAC-PRIV-02930 |
| AAC-PRIV-02932 |
| AAC-PRIV-02933 |
| AAC-PRIV-02934 |
| AAC-PRIV-02935 |
| AAC-PRIV-02938 |
| AAC-PRIV-02941 |
| AAC-PRIV-02942 |
| AAC-PRIV-02943 |
| AAC-PRIV-02945 |
| AAC-PRIV-02947 |
| AAC-PRIV-02948 |
| AAC-PRIV-02949 |
| AAC-PRIV-02950 |
| AAC-PRIV-02954 |
| AAC-PRIV-02955 |
| AAC-PRIV-03033 |
| AAC-PRIV-03044 |
| AAC-PRIV-03046 |
| AAC-PRIV-03065 |
| AAC-PRIV-03066 |
| AAC-PRIV-03189 |
| AAC-PRIV-03469 |
| AAC-PRIV-03474 |
| AAC-PRIV-03475 |
| AAC-PRIV-03477 |
| AAC-PRIV-03478 |
| AAC-PRIV-03479 |
| AAC-PRIV-03480 |
| AAC-PRIV-03481 |
| AAC-PRIV-03482 |
| AAC-PRIV-03483 |
| AAC-PRIV-03484 |
| AAC-PRIV-03485 |
| AAC-PRIV-03486 |

| |
|---|
| AAC-PRIV-03487 |
| AAC-PRIV-03488 |
| AAC-PRIV-03489 |
| AAC-PRIV-03490 |
| AAC-PRIV-03491 |
| AAC-PRIV-03492 |
| AAC-PRIV-03493 |
| AAC-PRIV-03494 |
| AAC-PRIV-03495 |
| AAC-PRIV-03496 |
| AAC-PRIV-03497 |
| AAC-PRIV-03498 |
| AAC-PRIV-03499 |
| AAC-PRIV-03500 |
| AAC-PRIV-03501 |
| AAC-PRIV-03502 |
| AAC-PRIV-03503 |
| AAC-PRIV-03504 |
| AAC-PRIV-03505 |
| AAC-PRIV-03506 |
| AAC-PRIV-03507 |
| AAC-PRIV-03508 |
| AAC-PRIV-03509 |
| AAC-PRIV-03510 |
| AAC-PRIV-03511 |
| AAC-PRIV-03512 |
| AAC-PRIV-03514 |
| AAC-PRIV-03515 |
| AAC-PRIV-03516 |
| AAC-PRIV-03517 |
| AAC-PRIV-03518 |
| AAC-PRIV-03519 |
| AAC-PRIV-03520 |
| AAC-PRIV-03521 |
| AAC-PRIV-03522 |
| AAC-PRIV-03523 |
| AAC-PRIV-03524 |
| AAC-PRIV-03526 |
| AAC-PRIV-03527 |
| AAC-PRIV-03536 |
| AAC-PRIV-03537 |
| AAC-PRIV-03540 |
| AAC-PRIV-03541 |
| AAC-PRIV-03542 |
| AAC-PRIV-03543 |
| AAC-PRIV-03544 |
| AAC-PRIV-03545 |

| |
|---|
| AAC-PRIV-03547 |
| AAC-PRIV-03548 |
| AAC-PRIV-03549 |
| AAC-PRIV-03556 |
| AAC-PRIV-03557 |
| AAC-PRIV-03558 |
| AAC-PRIV-03559 |
| AAC-PRIV-03560 |
| AAC-PRIV-03561 |
| AAC-PRIV-03562 |
| AAC-PRIV-03563 |
| AAC-PRIV-03570 |
| AAC-PRIV-03571 |
| AAC-PRIV-03572 |
| AAC-PRIV-03574 |
| AAC-PRIV-03577 |
| AAC-PRIV-03578 |
| AAC-PRIV-03615 |
| AAC-PRIV-03623 |
| AAC-PRIV-03624 |
| AAC-PRIV-03625 |
| AAC-PRIV-03626 |
| AAC-PRIV-03707 |
| AAC-PRIV-03716 |
| AAC-PRIV-03717 |
| AAC-PRIV-04082 |
| AAC-PRIV-04088 |
| AAC-PRIV-04283 |
| AAC-PRIV-04284 |
| AAC-PRIV-04285 |
| AAC-PRIV-04286 |
| AAC-PRIV-04287 |
| AAC-PRIV-04288 |
| AAC-PRIV-04290 |
| AAC-PRIV-04292 |
| AAC-PRIV-04293 |
| AAC-PRIV-04294 |
| AAC-PRIV-04296 |
| AAC-PRIV-04297 |
| AAC-PRIV-04298 |
| AAC-PRIV-04436 |
| AAC-PRIV-04438 |
| AAC-PRIV-04444 |
| AAC-PRIV-04445 |
| AAC-PRIV-04448 |
| AAC-PRIV-04449 |
| AAC-PRIV-04454 |

| |
|---|
| AAC-PRIV-04455 |
| AAC-PRIV-04456 |
| AAC-PRIV-04459 |
| AAC-PRIV-04462 |
| AAC-PRIV-04463 |
| AAC-PRIV-04464 |
| AAC-PRIV-04871 |
| AAC-PRIV-04875 |
| AAC-PRIV-05068 |
| AAC-PRIV-05481 |
| AAC-PRIV-05482 |