| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM,<br><br>    Plaintiff,<br><br>v.<br><br>AAC HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 3:19-cv-00407<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The parties filed a joint discovery dispute statement. (Doc. No. 156.) The Court will construe the motion as a motion for a discovery dispute resolution conference. So construed, the motion is GRANTED.

A telephone conference with the Magistrate Judge is set on March 27, 2023, at 11:00 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge