|  |  |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, | Case No. 3:19-cv-00407 |
| Plaintiff, | |
| v. | Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |
| AAC HOLDINGS, INC., et al., | |
| Defendants. | |

## <u>ORDER</u>

The Magistrate Judge held a discovery dispute resolution conference with counsel for the parties on March 27, 2023, to address issues raised in their joint discovery dispute statement (Doc. No. 156). For the reasons discussed in the conference, the Court ORDERS as follows:

The issues raised in Dispute No. 1, including the additional relief requested by Plaintiffs and the exhibits to the discovery dispute statement, will be considered by the Court in the context of Defendants' pending motion for a privilege determination (Doc. No. 130).

To address the issues raised in Dispute No. 2, Defendants shall review the 3,427 Slack messages from the marketing custodians that hit on the parties' agreed search terms and produce the responsive messages to Plaintiffs by April 10, 2023. If the produced messages show that the Marketing Employees engaged in significant communication through Slack channels, counsel shall meet and confer regarding the production of those communications. The Court notes that the Plaintiffs' marketing claim has not been certified for class treatment. The Court's resolution of Plaintiffs' pending motion for reconsideration of that decision may be relevant to any future

determination of the proportionality of Plaintiffs' request that Defendants produce Slack channel communications.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge

2