IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *Individually and on Behalf of All Others Similarly Situated*<br><br>    Plaintiff,<br><br>v.<br><br>AAC HOLDINGS, Inc., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:19-cv-00407<br>JUDGE RICHARDSON |

## **<u>ORDER</u>**

The parties have filed a joint notice of settlement and motion to vacate deadlines. (Doc. No. 165, "Notice"). The Notice states that the parties have reached a settlement in principle and intend to file a stipulated dismissal within thirty days of the filing of the Notice. (*Id.*). In light of the Notice, the motion for reconsideration at Doc. No. 149 is DENIED without prejudice, subject to refiling if necessary. Further, all deadlines in this case are hereby VACATED, subject to reinstatement or resetting if necessary.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE