UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL T. CARTWRIGHT, KIRK R. MANZ and ANDREW W. McWILLIAMS,<br><br>                Defendants. | Civil Action No. 3:19-cv-00407<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern<br><br>PLAINTIFF'S MOTION FOR: (I) PRELIMINARY APPROVAL OF SETTLEMENT; (II) CLASS CERTIFICATION; AND (III) APPROVAL OF NOTICE TO THE CLASS |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all pleadings and records on file in this case, Plaintiff Indiana Public Retirement System, hereby moves the Court for an order: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice of the proposed settlement to the Class; (3) preliminarily granting class certification for settlement purposes; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

- 1 -

DATED: May 18, 2023              Respectfully submitted,

                                 ROBBINS GELLER RUDMAN
                                   & DOWD LLP
                                 CHRISTOPHER M. WOOD, #032977
                                 CHRISTOPHER H. LYONS, #034853
                                 HENRY S. BATOR, #040431

                                          s/ Christopher M. Wood
                                    CHRISTOPHER M. WOOD

                                 414 Union Street, Suite 900
                                 Nashville, TN 37219
                                 Telephone: 615/244-2203
                                 615/252-3798 (fax)
                                 cwood@rgrdlaw.com
                                 clyons@rgrdlaw.com
                                 hbator@rgrdlaw.com

                                 ROBBINS GELLER RUDMAN
                                   & DOWD LLP
                                 DARREN J. ROBBINS
                                 CHRISTOPHER D. STEWART (*pro hac vice*)
                                 FRANCISCO J. MEJIA (*pro hac vice*)
                                 JACK ABBEY GEPHART (*pro hac vice*)
                                 655 West Broadway, Suite 1900
                                 San Diego, CA 92101
                                 Telephone: 619/231-1058
                                 619/231-7423 (fax)
                                 darrenr@rgrdlaw.com
                                 cstewart@rgrdlaw.com
                                 fmejia@rgrdlaw.com
                                 jgephart@rgrdlaw.com

                                 Class Counsel

                                 BARRETT JOHNSTON MARTIN
                                   & GARRISON, LLC
                                 JERRY E. MARTIN, #20193
                                 Bank of America Plaza
                                 414 Union Street, Suite 900
                                 Nashville, TN 37219
                                 Telephone: 615/244-2202
                                 615/252-3798 (fax)
                                 jmartin@barrettjohnston.com

                                 Local Counsel

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 18, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
&  DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)

Email:  cwood@rgrdlaw.com

# Mailing Information for a Case 3:19-cv-00407 Caudle v. AAC Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Lohr Alexandria Beck**
  lohr.beck@kslaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Lisa R. Bugni**
  lbugni@kslaw.com

- **Jessica Perry Corley**
  jpcorley@kslaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jack A. Gephart**
  jgephart@rgrdlaw.com

- **Logan R. Hobson**
  lhobson@kslaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Brandon R. Keel**
  bkeel@kslaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jonathan Lindenfeld**
  jlindenfeld@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jkarsten@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com

- **Francisco J. Mejia**
  fmejia@rgrdlaw.com

- **W. Travis Parham**
  travis.parham@hklaw.com,shelli.dimarco@hklaw.com,pat.grace@hklaw.com,EWard@KSLAW.com

- **Ronni D. Solomon**
  rsolomon@kslaw.com

- **Christopher Stewart**
  cstewart@rgrdlaw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`