INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated      )

Plaintiff,     )

v.     )

AAC HOLDINGS, Inc., et al.,     )

Defendants.

NO. 3:19-cv-00407

JUDGE RICHARDSON

## ORDER

Pending before the Court is Plaintiff's motion for settlement (Doc. No. 168) and relevant settlement documents (Doc. Nos., 168-1, 169, 170). The Court has reviewed the settlement documents and wishes the parties to clarify one point. The memorandum in support of the motion for settlement states that the expenses or charges resulting from the prosecution of this action—which, as far as the Court can tell, do not include attorney's fees—shall not exceed $695,000. (Doc. No. 169). This strikes the Court as an exorbitant amount, although of course the Court could be missing something. Either Plaintiff, or the parties jointly, SHALL jointly file a notice explaining the basis for this figure ($695,000).

The Court appreciates the parties' efforts in settling this action. If the Court is satisfied with the parties' explanation as set forth in the notice, then the Court likely will enter the appropriate preliminary settlement approval order as soon as feasible.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE