# EXHIBIT 8

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN RICHARD BEACH, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:08-cv-00569 **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Todd J. Campbell Magistrate Judge Juliet Griffin |
| HEALTHWAYS INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | [PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND EXPENSES |

578935_1

The matter having come before the Court on September 24, 2010, on Plaintiffs' Counsel's motion for an award of attorneys' fees and expenses incurred in this action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated May 21, 2010 (the "Stipulation);

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Plaintiffs' Counsel attorneys' fees of 30% of the Settlement Fund, and litigation expense in the amount of $763,372.03, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among Plaintiffs' Counsel in a manner which, in Lead Counsel's good faith judgment, reflects each such Plaintiffs' Counsel's contribution to the institution, prosecution and resolution of the litigation.

4. The awarded attorneys' fees and expenses shall be paid to Lead Counsel immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

578935_1

Case 3:19-cv-00407-69 Document 178-2 Filed 09/13/23 Page 3 of 4 PageID #: 18779

5. Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiff West Palm Beach Firefighters' Pension Fund is awarded $3,781.00 in reimbursement of its time and expenses in serving on behalf of the Class.

IT IS SO ORDERED.

DATED: _____     _Todd Campbell_____
THE HONORABLE TODD J. CAMPBELL
CHIEF UNITED STATES DISTRICT JUDGE

- 2 -

578935_1