# EXHIBIT 9

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| In re DIRECT GENERAL CORPORATION SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:05-0077 |
| | | Judge Todd J. Campbell Magistrate Judge Juliet E. Griffin |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | CLASS ACTION |

[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES
TSC

THIS MATTER having come before the Court on July 20, 2007, on the application of Lead Counsel for an award of attorneys' fees and expenses incurred in the Litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of March 30, 2007 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 30% of the Settlement Fund and reimbursement of expenses in an aggregate amount of $531,085.07 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation and in particular ¶¶6.2-6.3 thereof, which terms, conditions, and obligations are incorporated herein.

5. Lead Plaintiff John Dzaugis is hereby awarded $7,300.00.

Case 3:19-cv-00407 Document 179-9 Filed 09/10/23 Page 3 of 4 PageID #: 2783

IT IS SO ORDERED.

DATED: ____7-26-07_____          ____Todd Campbell_____
                                     THE HONORABLE TODD J. CAMPBELL
                                     UNITED STATES DISTRICT JUDGE

Submitted by,

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT, #2672
DOUGLAS S. JOHNSTON, JR. #5782
TIMOTHY L. MILES, #21605
217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TOR GRONBORG
JEFFREY D. LIGHT
X. JAY ALVAREZ
RAMZI ABADOU


            ____s/ Jeffrey D. Light_____
                 JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CAVANAGH & O'HARA
WILLIAM K. CAVANAGH, JR.
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiffs

S:\Settlement\Direct General.set\ORD FEE 00043474.doc

- 2 -