# EXHIBIT 10

Case 3:19-cv-00407   Document 178-10   Filed 09/13/23   Page 1 of 3 PageID #: 3785

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH and W. LARRY CASH,<br><br>*Defendants*. | Consolidated<br>Civil Action No.: 11-cv-0433<br><br>Judge Eli Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER AWARDING ATTORNEY'S FEES AND EXPENSES

This matter came before the Court for hearing on June 19, 2020, on the motion of counsel for Lead Plaintiff for an award of attorney's fees and expenses incurred in this action, and Lead Plaintiff's requests for an award pursuant to the Private Securities Law Reform Act of 1995, and the Court having considered all papers filed and proceedings held herein and having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed of the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated January 21, 2020.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Class Members who have not timely and validly requested exclusion.

3. The Court finds that the Lead Counsel's request for attorney's fees and reimbursement of expenses, and the fee award to Lead Plaintiff pursuant to 15. U.S.C. §78u-4(a)(4), are fair, reasonable, and adequate. The Court hereby awards Lead Counsel attorney's fees

of $5,028,459.39, calculated based upon 9.75% of the net amount after deducting Lead Counsel's case expenses and the costs of notice and claims administration from the Settlement Fund, and reimbursement of expenses of $977,946.35, plus accrued interest of $1,086.18 through June 22, 2020. The Court awards Lead Plaintiff's attorney's fees of $163,275.00 plus $29.53 in accrued interest through June 22, 2020. Interest will continue to accrue at the same rate as the Settlement Fund if the fee awards to Lead Counsel or Lead Plaintiff are paid on a later date. The fee awards are payable upon entry of this order awarding fees and expenses, subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein,

4. The Court finds that the amount of attorney's fees awarded is fair and reasonable under the "percentage-of-recovery" method, considering, among other things, the highly favorable result achieved for the Class; the contingent nature of Lead Plaintiff's counsel's representation; Lead Plaintiff's diligent prosecution of the Litigation in this Court and the Court of Appeals for the Sixth Circuit; the quality of legal services provided by Lead Plaintiff's counsel in light of the complexity of the case and significant litigation risks; the public interest in encouraging private lawsuits to enforce violations of the federal securities laws; the absence of any timely and valid objections by members of the Class; the awarded fee is lower than the range of percentage fee awards approved by courts within the Sixth Circuit in cases of this size; and an independent "lodestar" cross-check shows that the numbers of hours expended and the hourly rates charged by Lead Plaintiff's attorneys are fair and reasonable, particularly since the requested fee as a percentage of recovery represents a significant discount to Lead Counsel's time charges.

IT IS SO ORDERED.

Dated: _____June 22_____, 2020

_____Eli Richardson_____
THE HONORABLE ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

Case 3:11-cv-00400 Document 185-10 Filed 06/29/23 Page 2 of 3 PageID #: 5787