# EXHIBIT C

## BUSINESS NEWS

# Warehouse Rents Climb to a Record

**The surge comes even as demand for space weakens and vacancy rates rise**

By Liz Young

Warehouse rental prices across the U.S. have never been as high as they were in the second quarter, when the average asking rent for industrial space reached $9.59 a square foot.

That was 16.1% higher than the same period last year, said commercial real-estate services firm **Cushman & Wakefield**, and extended a four-year run of rising leasing costs that has pushed the price of warehouse space up 50% since the spring of 2020, when exploding consumer demand driven by the pandemic sent the market for warehouses skyrocketing.

In some markets, rents are rising even faster. The average asking rent in the Tampa Bay, Fla., region jumped 32.2% in the second quarter year over year, according to real-estate services firm **JLL**.

Yet vacancy rates for industrial real estate also are rising, reaching 4.1% in the second quarter after bottoming out at close to 3% late in 2022, when experts said hot markets like Southern California were effectively full.

The rush to find storage sites has slowed to a crawl: Newly leased space fell by nearly 36% in the second quarter, according to Cushman & Wakefield, to 141 million square feet, as consumer spending pivoted from goods to services and big retailers sought to burn off excess inventories.

The gap between falling demand and rising prices is in part the result of particular dynamics of the industrial real-estate market, experts say, where warehouse operators and their customers typically sign deals for three to five years, basing leasing decisions



The market is still extremely tight, with availability of space still below prepandemic levels.

on long-term prospects rather than short-term market conditions.

Industry experts say the rising vacancy rates also disguise a fundamental factor driving the sector: The broader market for warehouse space remains extremely tight by historical standards, with availability still far below prepandemic levels.

The 4.1% vacancy rate last quarter was sharply higher than the 3.5% rate in the first three months of the year, but still well below the 5% average vacancy rate of 2020, according to Cushman & Wakefield.

Mehtab Randhawa, global head of industrial research at JLL, said companies are still competing for space in some cases, which is driving up rents even as shifting consumer spending and rising interest rates weigh on leasing decisions.

Suppliers to manufacturers that are opening production facilities in the U.S. are taking on warehouse space, for example, Randhawa said, helping replace some of the falling demand from e-commerce retailers.

Leasing has fallen "from the abnormal highs that we saw in 2021 and 2022 postpandemic," Randhawa said. "It's normalizing now."

Jason Price, senior research director for U.S. industrial at Cushman & Wakefield, said a flood of facilities built over the past year, as warehouse operators raced to keep up with demand, also is driving up the average rental rate. About 139.5 million square feet of industrial space wrapped up construction in the second quarter, some of it replacing older facilities with new sites better outfitted for automation and other contemporary logistics strategies.

"These are priced at a premium over the market average in most cases, and that just naturally pushes the recorded average asking rents upwards," Price said.

Even though average rental rates are rising, some companies are able to find better deals on space than they had the past few years, Price said. Tenants have "more options on the table for them, whether it's



**Developers have been paring back projects amid declining leasing activity.**

within new construction or previously existing product," he said.

Developers have recently been paring back projects amid declining leasing activity and rising interest rates, which could prolong a shortfall of logistics space and put additional pressure on asking rents, industry experts said.

**Prologis**, the world's largest builder of logistics properties, said construction starts were down about 40% in the second quarter across the U.S. markets where it operates.

"We see deliveries in 2024 falling short of demand, reducing vacancy over the course of next year," said Timothy Arndt, chief financial officer of Prologis, on an earnings call July 18.

Price said he expects rents will keep rising this year and next, but at a slower rate than they did at the height of the pandemic-driven demand.

"We're not projecting rents to revert downward at all," he said.

---

### ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTION

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

MICHAEL T. CARTWRIGHT, KIRK R. MANZ and ANDREW W. McWILLIAMS,

Defendants.

Civil Action No. 3:19-cv-00407

CLASS ACTION

Judge Eli J. Richardson
Magistrate Judge Alistair E. Newbern

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF AAC HOLDINGS, INC. ("AAC" OR THE "COMPANY") BETWEEN MARCH 8, 2017 AND APRIL 15, 2019, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on October 18, 2023, at 3:00 p.m., before the Honorable Eli Richardson at the United States District Court, Middle District of Tennessee, Nashville Division, Fred D. Thompson U.S. Courthouse and Federal Building, Courtroom 5C, 719 Church Street, Nashville, TN 37203, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation")[1] for $3,750,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; (4) to pay Plaintiff for its costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.AACSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.AACSecuritiesLitigation.com.

IF YOU PURCHASED OR OTHERWISE ACQUIRED AAC COMMON STOCK BETWEEN MARCH 8, 2017 AND APRIL 15, 2019, INCLUSIVE, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than November 24, 2023)** or electronically **(no later than November 24, 2023)**. Your failure to submit your Proof of Claim by November 24, 2023, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired AAC common stock between March 8, 2017 and April 15, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.AACSecuritiesLitigation.com, or by writing to:

AAC Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301171
Los Angeles, CA 90030-1171

Inquiries should NOT be directed to AAC, Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Class Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY SEPTEMBER 27, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 17% OF THE $3,750,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $695,000, AND/OR PAYMENT TO PLAINTIFF FOR ITS COSTS AND EXPENSES NOT TO EXCEED $25,000. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO CLASS COUNSEL AND DEFENDANTS' COUNSEL **BY SEPTEMBER 27, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: July 6, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

[1] The Stipulation can be viewed and/or obtained at www.AACSecuritiesLitigation.com.

### PUBLIC NOTICES

This notice is not an offer to purchase or a solicitation of an offer to sell Equity Shares.

## PIRAMAL ENTERPRISES LIMITED

Corporate Identity Number ("CIN"): L24110MH1947PLC005719
Registered Office: Piramal Ananta, Agastya Corporate Park, Opposite Fire Brigade, Kamani Junction, LBS Marg, Kurla (West), Mumbai 400070
Tel. No.: +91 22 3802 3000/4000 | Fax No.: +91 22 3802 3884
E-mail: compliance.officer.pel@piramal.com | Website: www.piramal.com
Company Secretary: Mr. Bipin Singh

**Piramal Enterprises Limited – Buy-back of Equity Shares**

The Board of Directors of Piramal Enterprises Limited (the "Company") at its meeting held on July 28, 2023, approved the proposal to buy-back up to 14,000,000 (Fourteen Million) fully paid-up equity shares of face value of Rs. 2 each ("Equity Shares") of the Company at a price of Rs. 1,250 per Equity Share on a proportionate basis through a tender offer from the shareholders of the Company (the "Buy-back"). The Company's Promoter and Promoter Group have expressed their intention vide their letters dated July 28, 2023 not to participate in the Buyback. A copy of the public announcement ("Public Announcement") has been published by the Company pursuant to Regulation 7(i) of SEBI (Buy-Back of Securities) Regulations, 2018 ("Buyback Regulations"), containing the disclosures as specified in Schedule II of the Buyback Regulations. The Public Announcement is available on the website of the Company at www.piramal.com, the Securities and Exchange Board of India at www.sebi.gov.in and on the websites of the Indian stock exchanges where the shares of the Company are listed at www.bseindia.com and www.nseindia.com, the website of the Registrar to the Buyback at www.linkintime.co.in and the manager to the Buyback at www.jmfl.com.

Date: July 31, 2023

For Piramal Enterprises Limited
Mr. Bipin Singh, Company Secretary

### ANNOUNCEMENTS

## YOUR BOOK
Life Story or Business Book.
We Write & Publish. Earn Royalties.
BizSuccessBooks.com
LegaciesandMemories.com
(904) 293-9893 • Since 1999

Our Newest Book.
Be Your Own Boss:
How to Start or Buy
a Business.
Great Gift for Students.
Buy at Amazon,
Other Retailers.

### COMMERCIAL REAL ESTATE

**Business Park For Sale**
Southern CA > 61 acres
Zoned Indus.; 300MSF
buildings; outdoor
trailer/container parking.
Call 618-654-2161 x427
wweder@highlandsupply.com





# Bringing Communities of Support to Students

At Communities In Schools, we place knowledgeable and caring adults inside schools. These site coordinators surround students with a community of support to ensure they have access to everything they need to engage in learning, graduate, and succeed in life. We are there for them fostering life skills, providing mentor support, academic enrichment and resources like school supplies, meals, and access to technology.

See how we go all in for kids at CommunitiesInSchools.org

© 2023 Communities In Schools, Inc.

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on August 3, 2023:

Name of Publication: The Wall Street Journal
Address: 1211 Avenue of the Americas
City, State, Zip: New York, NY 10036
Phone #: 1-800-568-7625
State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of August 2023, at Sellersville, Pennsylvania.

_Carla Peak_
Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the AAC Securities Litigation

August 03, 2023 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the AAC Securities Litigation:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 3:19-cv-00407 |
| | CLASS ACTION |
| Plaintiff, | Judge Eli J. Richardson |
| | Magistrate Judge Alistair E. Newbern |
| vs. | |
| | SUMMARY NOTICE OF PROPOSED |
| MICHAEL T. CARTWRIGHT, KIRK R. MANZ and ANDREW W. McWILLIAMS, | SETTLEMENT OF CLASS ACTION |
| Defendants. | |

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF AAC HOLDINGS, INC. ("AAC" OR THE "COMPANY") BETWEEN MARCH 8, 2017 AND APRIL 15, 2019, INCLUSIVE ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on October 18, 2023, at 3:00 p.m., before the Honorable Eli Richardson at the United States District Court, Middle District of Tennessee, Nashville Division, Fred D. Thompson U.S. Courthouse and Federal Building, Courtroom 5C, 719 Church Street, Nashville, TN 37203, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned Litigation as set forth in the Stipulation of Settlement ("Stipulation")[1] for $3,750,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Plaintiff's Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and

Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; (4) to pay Plaintiff for its costs and expenses in representing the Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

There exists the possibility that the Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Class Members to appear at the hearing by phone or videoconference, without further written notice to the Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.AACSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or telephonic appearances at the hearing, will also be posted to that website. Also, if the Court requires or allows Class Members to participate in the Settlement Hearing by telephone or videoconference, the access information will be posted to the Settlement website, www.AACSecuritiesLitigation.com.

IF YOU PURCHASED OR OTHERWISE ACQUIRED AAC COMMON STOCK BETWEEN MARCH 8, 2017 AND APRIL 15, 2019, INCLUSIVE, YOUR RIGHTS ARE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than November 24, 2023)** or electronically **(no later than November 24, 2023)**. Your failure to submit your Proof of Claim by November 24, 2023, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired AAC common stock between March 8, 2017 and April 15, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.AACSecuritiesLitigation.com, or by writing to:

*AAC Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301171
Los Angeles, CA 90030-1171

Inquiries should NOT be directed to AAC, Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Class Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY SEPTEMBER 27**, **2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFF'S COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 17% OF THE $3,750,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $695,000, AND/OR PAYMENT

TO PLAINTIFF FOR ITS COSTS AND EXPENSES NOT TO EXCEED $25,000. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO CLASS COUNSEL AND DEFENDANTS' COUNSEL BY **SEPTEMBER 27, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: July 6, 2023        BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

---

[1] The Stipulation can be viewed and/or obtained at www.AACSecuritiesLitigation.com.

Contacts

Robbins Geller Rudman & Dowd LLP

Shareholder Relations Department

Greg Wood

(619) 231-1058

# Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire
Address: 101 California Street 20th Floor
City, ST Zip: San Francisco, CA 94111
Phone #: 415-986-4422
State of: California

The press release was distributed on August 3, 2023 to the following media circuits offered by the above-referenced wire service:

1.  National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of August 2023, at Sellersville, Pennsylvania.

_Carla Peak_
Carla Peak