# EXHIBIT A

**EXHIBIT A**

*Indiana Public Retirement System v. Michael T. Cartwright, et al.*,
Civil Action No. 3:19-cv-00407
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through May 19, 2023

| CATEGORY | | AMOUNT |
|---|---:|---:|
| Filing, Witness, and Other Fees | | $ 4,144.56 |
| Transportation, Hotels, and Meals | | 3,830.98 |
| Messenger, Overnight Delivery | | 2,243.33 |
| Deposition Reporting, Transcripts, and Videography | | 81,854.30 |
| Outside Bankruptcy Counsel (Lowenstein Sandler LLP) | | 26,199.13 |
| Experts | | 467,923.74 |
| BVA Group LLC | $ 331,762.49 | |
| Hemming Morse, LLP | 130,179.25 | |
| Peter Kent Consulting, LLC | 5,982.00 | |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 38,550.00 |
| ***TOTAL*** | | ***$ 624,746.04*** |