# EXHIBIT B

**EXHIBIT B**

*Indiana Public Retirement System v. Michael T. Cartwright, et al.*,
Civil Action No. 3:19-cv-00407
Robbins Geller Rudman & Dowd LLP

Filing, Witness, and Other Fees: $4,144.56

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/28/21 | CLERK OF THE COURT | CERTIFICATE OF GOOD STANDING FOR F. MEJIA |
| 04/29/21 | CLERK OF THE COURT | CERTIFICATE OF GOOD STANDING FOR C. REIS |
| 04/30/21 | CLERK OF THE COURT | *PRO HAC VICE* FEE FOR F. MEJIA |
| 10/06/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: WILLIAM BLAIR & COMPANY, L.L.C.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/07/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ABHILASH PATEL: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/07/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: BDO USA, LLP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/07/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CANTOR FITZGERALD L.P.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/07/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: RAYMOND JAMES & ASSOCIATES, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 10/07/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: U.S. SECURITIES AND EXCHANGE COMMISSION: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 10/08/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: AVONDALE PARTNERS, LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/08/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: BASS BERRY & SIMS PLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/14/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: JEFFREY SMITH: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/15/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: JEFFREY SMITH: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/30/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: JEFFREY SMITH: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/19/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | WITNESS FEES ADVANCED; PERSONAL SERVICE: KRISTINA ACKERMAN: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 05/19/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: KRISTINA ACKERMAN: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 05/19/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: JORDAN HAMMOND: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 05/19/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | WITNESS FEE ADVANCED; PERSONAL SERVICE: JORDAN HAMMOND: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 08/02/22 | CLERK OF THE COURT | TENNESSEE MIDDLE DISTRICT COURT; *PRO HAC VICE* FILING |
| 08/02/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | OBTAIN CERTIFICATE OF GOOD STANDING FOR C. STEWART |
| 12/08/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CLERMONT PARTNERS, LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 12/14/22 | CLERK OF THE COURT | TENNESSEE MIDDLE DISTRICT COURT - *PRO HAC VICE* FOR J. GEPHART |
| 12/14/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | OBTAIN CERTIFICATE OF GOOD STANDING FOR J. GEPHART |
| 03/31/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 10/31/22 PERSONAL SERVICE: HMS ENTERPRISES, LLC D/B/A SCR PARTNERS, LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |