# EXHIBIT C

**EXHIBIT C**

*Indiana Public Retirement System v. Michael T. Cartwright, et al.*,
Civil Action No. 3:19-cv-00407
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels, and Meals: $3,830.98

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| WOOD, CHRISTOPHER | 09/02/21 | DALLAS, TX | PREPARE FOR AND DEFEND EXPERT DEPOSITION |
| BATOR, HENRY | 02/20/23 – 02/23/23 | SAN DIEGO, CA | PREPARE FOR AND ATTEND WILLIAM FURCOLO DEPOSITION |

Included in the total for this category is $540.06 for catered meals brought in-house for counsel, witnesses, and court reporters during multiple depositions.