# EXHIBIT D

# EXHIBIT D

*Indiana Public Retirement System v. Michael T. Cartwright, et al.*,
Civil Action No. 3:19-cv-00407
Robbins Geller Rudman & Dowd LLP

Deposition Reporting, Transcripts, and Videography: $81,854.30

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/30/21 | VERITEXT CORP. | VIDEO OF WITNESS CONF 30(B)(6) DAVID STELSEL; CERTIFIED TRANSCRIPT OF WITNESS CONF 30(B)(6) DAVID STELSEL |
| 09/02/21 | VERITEXT CORP. | CERTIFIED TRANSCRIPT OF WITNESS W. SCOTT DALYRMPLE; VIDEO OF WITNESS W. SCOTT DALYRMPLE |
| 12/02/21 | VERITEXT CORP. | VIDEO OF WITNESS DALE ROSS CAMPBELL; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS DALE ROSS CAMPBELL, 30(B)(6) |
| 12/08/21 | VERITEXT CORP. | VIDEO OF WITNESS STEPHEN EBBETT; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS STEPHEN EBBETT |
| 06/01/22 | VERITEXT CORP. | WITNESS DEPOSITION: PAUL ZUREK, PH.D. ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, REALTIME SERVICES - REMOTE CONNECTION, VIRTUAL PRIMARY PARTICIPANTS, ROUGH SERVICES, EXHIBIT SHARE; VIDEO SERVICES, ADDITIONAL HOURS, ELECTRONIC ACCESS |
| 06/10/22 | VERITEXT CORP. | WITNESS DEPOSITION: DAVID KING VOL II; VIDEO INITIAL SERVICES, ADDITIONAL HOURS AND ELECTRONIC ACCESS; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, EXHIBITS, ROUGH DRAFT, PRODUCTION & PROCESSING, ELECTRONIC DELIVERY AND HANDLING |
| 11/09/22 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, ELECTRONIC ACCESS. WITNESS: SARAH EVERSON; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, REALTIME & ROUGH SERVICES |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 11/15/22 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, EQUIPMENT RENTAL. WITNESS: DANIEL CHRISTIAN; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, ATTENDANCE, ROUGH DRAFT, VERITEXT VIRTUAL PRIMARY PARTICIPANTS |
| 01/11/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, EQUIPMENT RENTAL. WITNESS: KATHERINE PETERS; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, EXHIBITS, VERITEXT VIRTUAL PRIMARY PARTICIPANTS |
| 01/13/23 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, EXHIBIT SHARE, REALTIME & ROUGH SERVICES, VERITEXT VIRTUAL PRIMARY PARTICIPANTS. WITNESS: DALE CAMPBELL; VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, EXTENDED HOURS. WITNESS: DALE CAMPBELL |
| 01/18/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, ELECTRONIC ACCESS. WITNESS: KRISTINA ACKERMANN; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, EXHIBIT SHARE, REALTIME & ROUGH SERVICES |
| 01/27/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, AND ELECTRONIC ACCESS. WITNESS: DANIEL HARRINGTON |
| 01/27/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, ELECTRONIC ACCESS. WITNESS: KEVIN MCCORMAC; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, REALTIME & ROUGH SERVICES |
| 01/27/23 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, EXHIBIT SHARE, REALTIME & ROUGH SERVICES. WITNESS: DANIEL HARRINGTON |
| 02/08/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, IN PERSON COVERAGE FEE, VIDEO - ELECTRONIC ACCESS, EQUIPMENT RENTAL. WITNESS: DEREK HYMAN; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, REALTIME & ROUGH SERVICES |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 02/09/23 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, EXHIBIT SHARE, REALTIME & ROUGH SERVICES. WITNESS: MELANIE HABER; SURCHARGE - EXTENDED HOURS - VIDEO - INITIAL SERVICES |
| 02/22/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, IN PERSON COVERAGE FEE. WITNESS: WILLIAM FURCOLO; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, IN PERSON COVERAGE FEE, REALTIME & ROUGH SERVICES |
| 02/28/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS. WITNESS: JORDAN HAMMOND; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, SURCHARGE - EXTENDED HOURS, ATTENDANCE, IN PERSON COVERAGE FEE, REALTIME & ROUGH SERVICES |
| 03/02/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS. WITNESS: KIRK MANZ; TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ATTENDANCE, EXHIBIT SHARE, REALTIME & ROUGH SERVICES |
| 03/07/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, VIDEO - EXTENDED HOURS, IN PERSON COVERAGE FEE. WITNESS: ANDREW MCWILLIAMS |
| 03/07/23 | VERITEXT CORP. | TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ATTENDANCE, EXHIBITS, REALTIME & ROUGH SERVICES, VERITEXT VIRTUAL PRIMARY PARTICIPANTS. WITNESS: ANDREW MCWILLIAMS |
| 03/09/23 | VERITEXT CORP. | TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ATTENDANCE, EXHIBITS, REALTIME & ROUGH SERVICES, EQUIPMENT RENTAL. WITNESS: MICHAEL T. CARTWRIGHT; VIDEO - INITIAL SERVICES, VIDEO - ADDITIONAL HOURS, IN PERSON COVERAGE FEE, VIDEO - ELECTRONIC ACCESS |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 03/10/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS. WITNESS: KEVIN OLVERA; TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, EXHIBITS, EXHIBIT SHARE, REALTIME & ROUGH SERVICES |
| 03/21/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, AND ELECTRONIC ACCESS, WITNESS: TINA CARTWRIGHT; TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ATTENDANCE, EXHIBITS, REALTIME & ROUGH SERVICES, VERITEXT VIRTUAL PRIMARY PARTICIPANTS |
| 03/22/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS. WITNESS: BENJAMIN HENDREN; TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ATTENDANCE, EXHIBIT SHARE, REALTIME & ROUGH SERVICES, VERITEXT VIRTUAL PRIMARY PARTICIPANTS |
| 03/24/23 | VERITEXT CORP. | VIDEO - INITIAL SERVICES, ADDITIONAL HOURS, VIDEO - ELECTRONIC ACCESS, WITNESS: STEPHEN EBBETT; TRANSCRIPT SERVICES - ORIGINAL TRANSCRIPT, ATTENDANCE - HOURLY, EXHIBIT SHARE, REALTIME & ROUGH SERVICES, VERITEXT VIRTUAL PRIMARY PARTICIPANTS |