# EXHIBIT A

**EXHIBIT A**

*Indiana Public Retirement System v. Michael T. Cartwright, et al.*,
Civil Action No. 3:19-cv-00407
Barrett Johnston Martin & Garrison, PLLC

Filing, Witness, and Other Fees: $68.50

| CATEGORY | AMOUNT |
|---|---|
| PACER Charges | $8.20 |
| Photocopies | |
| In-House: (copies at $0.20 per page) | $60.30 |
| TOTAL | $68.50 |
| | |