# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:19-cv-00407 |
| vs. | ) ) | CLASS ACTION |
| MICHAEL T. CARTWRIGHT, KIRK R. MANZ, and ANDREW W. McWILLIAMS, | ) ) ) ) | Judge Eli J. Richardson Magistrate Judge Alistair E. Newbern |
| Defendants. | ) ) | |

## DECLARATION OF BRANDON R. KEEL REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715

I, Brandon R. Keel, declare as follows:

1. I am an attorney with the law firm of King & Spalding LLP and am admitted *pro hac vice* in this case as counsel for Michael T. Cartwright, Kirk R. Manz, and Andrew McWilliams (collectively, "Defendants"). I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the facts set out below.

2. On May 18, 2023, counsel for Plaintiff in the above-captioned action filed the parties' Stipulation of Settlement (the "Stipulation") with this Court setting forth the terms upon which the parties proposed to settle this action (the "Proposed Settlement").

3. On May 30, 2023, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), I caused notice of the Proposed Settlement (the "CAFA Notice") to be mailed on behalf of all Defendants in the action to the appropriate federal and state officials, including the United States Attorney General and the Attorneys General of all states, the District of Columbia, and related U.S. Territories. The CAFA Notice contained the documents and information required by 28 U.S.C. § 1715(b)(1)–(8) to the extent known as of the date of filing.

4. A true and correct copy of the CAFA Notice (without the enclosed CD) is attached hereto as Exhibit A. Should the Court request it, a copy of the CD enclosed with each of the CAFA Notice letters also will be provided.

5. A true and correct copy of the distribution list, listing the federal and state officials to whom Defendants sent the CAFA Notice, is attached as Exhibit B. The officials listed on Exhibit B are the appropriate recipients of such a notice under 28 U.S.C. § 1715(a)(1)(2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of October, 2023.

Brandon R. Keel
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
(404) 572-4600
bkeel@kslaw.com

s/ W. Travis Parham
W. Travis Parham (#016846)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-5380
travis.parham@hklaw.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to the following attorneys of record:

Christopher M. Wood
Christopher H. Lyons
Henry Scattergood Bator
ROBBINS GELLER RUDMAN & DOWD LLP
200 31st Avenue North
Nashville, TN 37203
Tel: (615) 244-2203
cwood@rgrdlaw.com
clyons@rgrdlaw.com
hbator@rgrdlaw.com

Christopher Stewart
Francisco J. Mejia
Jack Gephart
Ellen Gusikoff Stewart
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
cstewart@rgrdlaw.com
fmejia@rgrdlaw.com
jgephart@rgrdlaw.com
elleng@rgrdlaw.com

Jerry E. Martin
BARRETT JOHNSTON MARTIN
& GARRISON, LLC
200 31st Avenue North
Nashville, TN 37203
Tel: (615) 244-2202
jmartin@barrettjohnston.com

J. Alexander Hood, II
Jeremy A. Lieberman
Jonathan Lindenfeld
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
ahood@pomlaw.com
jalieberman@pomlaw.com
jlindenfeld@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 S LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
pdahlstrom@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
Tel: (615) 248-2828
pknashlaw@aol.com
robert@bramlettlawoffices.com

s/ W. Travis Parham