# Exhibit B

| Title | Attention | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Attorney General | Office of the Attorney General, State of Alaska | 1031 W. 4th Avenue | Ste. 200 | Anchorage | AK | 99501-1994 |
| Attorney General | Office of the Attorney General, State of Alabama | 501 Washington Avenue | P.O. Box 300152 | Montgomery | AL | 36130-0152 |
| Attorney General | Office of the Attorney General, State of Arkansas | 323 Center Street | Suite 200 | Little Rock | AR | 72201-2610 |
| Attorney General | Office of the Attorney General, State of Arizona | 2005 N. Central Avenue | | Phoenix | AZ | 85004-2926 |
| Attorney General | Office of the Attorney General, Department of Justice, State of California | 1300 I Street | Suite 1740 | Sacramento | CA | 95814 |
| Attorney General | Office of the Attorney General, CA Consumer Law Section, CAFA Coordinator | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102 |
| Attorney General | Office of the Attorney General, State of Colorado | 1300 Broadway | 10th Floor | Denver | CO | 80203 |
| Attorney General | Office of the Attorney General, State of Connecticut | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Attorney General | Office of the Attorney General, District of Columbia | 400 6th Street NW | | Washington | DC | 20001 |
| Attorney General | Office of the Attorney General, State of Delaware | Carvel State Office Building, 820 North French Street | | Wilmington | DE | 19801 |
| Attorney General | Office of the Attorney General, Legal Affairs Department, State of Florida | The Capitol | Plaza Level One | Tallahassee | FL | 32399-1050 |
| Attorney General | Office of the Attorney General, State of Georgia | 40 Capitol Square, SW | | Atlanta | GA | 30334 |
| Attorney General | Department of the Attorney General, State of Hawaii | 425 Queen Street | | Honolulu | HI | 96813 |
| Attorney General | Office of the Attorney General, Iowa Department of Justice, State of Iowa | 1305 East Walnut Street | Hoover Bldg. | Des Moines | IA | 50319 |
| Attorney General | Office of the Attorney General, State of Idaho | 700 West Jefferson Street | Suite 210 | Boise | ID | 83720-0010 |
| Attorney General | Office of the Attorney General, State of Illinois | 100 W. Randolph Street, James R. Thompson Ctr. | | Chicago | IL | 60601 |
| Attorney General | Office of the Attorney General, State of Indiana | 302 West Washington Street | 5th Floor | Indianapolis | IN | 46204 |
| Attorney General | Office of the Attorney General, State of Kansas | 120 Southwest 10th Avenue | 2nd Floor | Topeka | KS | 66612-1597 |
| Attorney General | Office of the Attorney General, Commonwealth of Kentucky | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601-3449 |
| Attorney General | Office of the Attorney General, State of Louisiana | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Attorney General | Office of the Attorney General, Commonwealth of Massachusetts | One Ashburton Place | | Boston | MA | 02108-1698 |
| Attorney General | Office of the Attorney General, State of Maryland | 200 Saint Paul Place | | Baltimore | MD | 21202-2202 |
| Attorney General | Office of the Attorney General, State of Maine | 6 State House Station | | Augusta | ME | 04333 |
| Attorney General | Office of the Attorney General, State of Michigan | G. Mennen Williams Building, 525 W. Ottawa Street | 7th Floor | Lansing | MI | 48909-0212 |
| Attorney General | Office of the Attorney General, State of Minnesota | 1400 Bremer Tower, 445 Minnesota Street | | St. Paul | MN | 55101-2131 |
| Attorney General | Office of the Attorney General, State of Missouri | Supreme Court Building, 207 W. High Street | | Jefferson City | MO | 65102 |
| Attorney General | Office of the Attorney General, State of Mississippi | P.O. Box 220 | | Jackson | MS | 39205 |
| Attorney General | Office of the Attorney General, Department of Justice [DOJ], State of Montana | 215 N. Sanders Street | 3rd Floor | Helena | MT | 59620-1401 |
| Attorney General | Office of the Attorney General, Department of Justice [DOJ], State of North Carolina | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Attorney General | Office of the Attorney General, State of North Dakota | State Capitol, 600 East Boulevard Avenue | Dept. 125 | Bismarck | ND | 58505-0040 |

| Title | Attention | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Attorney General | Office of the Attorney General, State of Nebraska | 2115 State Capitol | | Lincoln | NE | 68509-8920 |
| Attorney General | Office of the Attorney General, State of New Hampshire | 33 Capitol Street | | Concord | NH | 03301 |
| Attorney General | Office of the Attorney General, State of New Jersey | R.J. Hughes Justice Complex, 25 Market Street | P.O. Box 080 | Trenton | NJ | 08625-0080 |
| Attorney General | Office of the Attorney General, State of New Mexico | 408 Galisteo Street, Villagra Building | | Santa Fe | NM | 87501 |
| Attorney General | Office of the Attorney General, State of Nevada | 100 North Carson Street | | Carson City | NV | 89701-4717 |
| Attorney General | Office of the Attorney General, State of New York | The Capitol | 2nd Floor | Albany | NY | 12224-0341 |
| Attorney General | Office of the Attorney General, State of Ohio | 30 East Broad Street | 14th Floor | Columbus | OH | 43215-3414 |
| Attorney General | Office of the Attorney General, State of Oklahoma | 313 Northeast 21st Street | | Oklahoma City | OK | 73105 |
| Attorney General | Office of the Attorney General, Department of Justice [DOJ], State of Oregon | Justice Building, 1162 Court Street, NE | | Salem | OR | 97301-4096 |
| Attorney General | Office of the Attorney General, Commonwealth of Pennsylvania | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| Attorney General | Office of the Attorney General, State of Rhode Island | 150 South Main Street | | Providence | RI | 02903 |
| Attorney General | Office of the Attorney General, State of South Carolina | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| Attorney General | Office of the Attorney General, State of South Dakota | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 |
| Attorney General | Office of the Attorney General and Reporter, State of Tennessee | P.O. Box 20207 | | Nashville | TN | 37202-0207 |
| Attorney General | Office of the Attorney General, State of Texas | P.O. Box 12548 | | Austin | TX | 78711-2548 |
| Attorney General | Office of the Attorney General, State of Utah | Utah State Capitol Complex, 350 North State Street | Suite 230 | Salt Lake City | UT | 84114-2320 |
| Attorney General | Office of the Attorney General, Commonwealth of Virginia | 202 North Ninth Street | | Richmond | VA | 23219 |
| Attorney General | Office of the Attorney General, State of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Attorney General | Office of the Attorney General, State of Washington | 1125 Washington Street SE | | Olympia | WA | 98504-0100 |
| Attorney General | Office of the Attorney General, State of Wisconsin | P.O. Box 7857 | | Madison | WI | 53707-7857 |
| Attorney General | Office of the Attorney General, State of West Virginia | State Capitol Complex, Building One | Room E-26 | Charleston | WV | 25305 |
| Attorney General | Office of the Attorney General, State of Wyoming | 2320 Capitol Avenue, Kendrick Bldg. | | Cheyenne | WY | 82002 |
| Attorney General | Office of the Attorney General, Commonwealth of Puerto Rico | GPO Box 9020192 | | San Juan | PR | 00902-0192 |
| Attorney General | Office of the Attorney General, U.S. Virgin Islands | 3438 Kronprindsons Gade, GERS Building | 2nd Floor | St. Thomas | US VI | 00802 |
| Attorney General | Office of the Attorney General, Guam | 590 S. Marine Corps Drive, ITC Building | Suite 706 | Tamuning | Guam | 96913 |
| Attorney General | Office of the Attorney General, Northern Mariana Islands | P.O. Box 10007 | | Saipan | MP | 96950-8907 |
| Attorney General | Office of the Attorney General, American Samoa | American Samoa Gov't, Exec. Ofc. Bldg, Utulei Territory | | Pago Pago | AS | 96799 |
| Attorney General | Office of the Attorney General, United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-2001 |