David Brown Caudle, et al.

Plaintiff,

v.                                      Case No.: 3:19–cv–00407

Kirk R. Manz, et al.

Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/18/2023 re [192].

Lynda M. Hill
s/ Aubrey L Frantz, Deputy Clerk